# EXHIBIT  A



**The Library of Congress will perform system maintenance from 6:00pm EDT on Friday, August 21 until 6:00pm EDT on Sunday, August 23. During this time, users may experience service interruptions while accessing the Library's catalogs. We apologize for any inconvenience to our users. Library buildings are closed to the public until further notice. More.**

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = grant eddy
Search Results: Displaying 5 of 13 entries



Labeled View

---

*Electric Avenue / words and music by Eddy Grant.*

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | PA0000164029 / 1983-02-07 |
| **Title:** | Electric Avenue / words and music by Eddy Grant. |
| **Imprint:** | [London] : Intersong Music ; Essex [Eng.] : distributed by I M P, [c1982] |
| **Description:** | 5 p. |
| **Copyright Claimant:** | Greenheart Music, Ltd. |
| **Copyright Notice:** | notice: Greenheart Music, Ltd., Muziekuitgeverij Artemis, B.V. & Intersong Music, Ltd. |
| **Date of Creation:** | 1982 |
| **Date of Publication:** | 1983-01-19 |
| **Date in Notice:** | notice: 1982 |
| **Names:** | Grant, Eddy |
| | Greenheart Music, Ltd. |
| | Muziekuitgeverij Artemis, B.V. |
| | Intersong Music, Ltd. |



| Save, Print and Email (Help Page) |
|---|
| Select Download Format [Full Record ▼]   [Format for Print/Save] |
| Enter your email address: [_____]   [Email] |



Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page