# EXHIBIT B



The Library of Congress will perform system maintenance from 6:00pm EDT on Friday, August 21 until 6:00pm EDT on Sunday, August 23. During this time, users may experience service interruptions while accessing the Library's catalogs. We apologize for any inconvenience to our users. Library buildings are closed to the public until further notice. More.

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = grant eddy
Search Results: Displaying 4 of 13 entries



***Eddy Grant : the greatest hits.***

| | |
|---|---|
| **Type of Work:** | Sound Recording |
| **Registration Number / Date:** | SR0000344006 / 2002-03-22 |
| **Title:** | Eddy Grant : the greatest hits. |
| **Imprint:** | c2001. |
| **Publisher Number:** | London 40214-2 |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | © ℗ London Records |
| **Date of Creation:** | 2001 |
| **Date of Publication:** | 2001-10-18 |
| **Authorship on Application:** | compilation of recordings, artwork: Greenheart Music, Ltd., employer for hire. |
| **Previous Registration:** | Recordings preexisting. |
| **Basis of Claim:** | New Matter: compilation of recordings, remixed sounds, & photography. |
| **Variant title:** | Eddy Grant : the greatest hits |
| **Names:** | Grant, Eddy |
| | London Records |
| | Greenheart Music, Ltd. |





Help **Search** **History** **Titles** **Start Over**

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page