UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMOND GRANT P/K/A "EDDY GRANT", GREENHEART MUSIC LIMITED, a United Kingdom Limited Company, and GREENHEART MUSIC LIMITED, an Antigua and Barbuda Limited Company,<br><br>                      Plaintiffs,<br><br>    -against-<br><br>DONALD J. TRUMP and DONALD J. TRUMP FOR PRESIDENT, INC.,<br><br>                      Defendants. | Civil Action No. 1:20-cv-07103-JGK |

## **DEFENDANTS DONALD J. TRUMP AND DONALD J. TRUMP FOR PRESIDENT, INC.'S MOTION TO DISMISS**

       Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Donald J. Trump and Donald J. Trump For President, Inc. (collectively "Defendants"), by and through their undersigned counsel, respectfully move the Court for an order dismissing the Complaint of Plaintiffs Edmond Grant p/k/a "Eddy Grant," Greenheart Music Limited, a United Kingdom Limited Company, and Greenheart Music Limited, an Antigua and Barbuda Limited Company, and for such other relief as the Court may deem just and appropriate.

       Defendants' Memorandum of Law in Support of the Motion, supporting exhibits, and the Declaration of Darren W. Saunders, are all being filed contemporaneously and in support of this Motion.

///

///

///

                                                                              Respectfully submitted,

Dated: November 11, 2020                 _/s/ Darren W. Saunders_
      New York, New York             Darren W. Saunders
                                                dsaunders@peroffsaunders.com
                                                Mark I. Peroff
                                                mark.peroff@peroffsaunders.com
                                                Cassandra M. Tam
                                                cassandra.tam@peroffsaunders.com
                                                Jason H. Kasner
                                                jkasner@peroffsaunders.com
                                                PEROFF SAUNDERS P.C.
                                                745 5th Avenue | Suite 500
                                                New York, NY 10151
                                                Tel: 646.898.2030

                                                Kenneth Andrew Caruso
                                                ken.caruso@mfsllp.com
                                                MUKASEY FRENCHMAN & SKLAROFF LLP
                                                2 Grand Central Tower
                                                140 East 45th Street, 17th Floor
                                                New York, NY 10017
                                                Tel: 212.466.6400

                                                _Attorneys for Defendants_