UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDMOND GRANT P/K/A "EDDY GRANT", GREENHEART MUSIC LIMITED, a United Kingdom Limited Company, and GREENHEART MUSIC LIMITED, an Antigua and Barbuda Limited Company,<br><br>Plaintiffs,<br><br>-against-<br><br>DONALD J. TRUMP and DONALD J. TRUMP FOR PRESIDENT, INC.,<br><br>Defendants. | Civil Action No. 1:20-cv-07103-JGK |

### DECLARATION OF DARREN W. SAUNDERS
### IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

I, Darren W. Saunders, declare:

1. I am a Partner with Peroff Saunders, P.C., attorneys for Defendants Donald J. Trump and Donald J. Trump For President, Inc. (together, "Defendants"). I am a member in good standing of this Court. This Declaration is submitted in connection with Defendants' Motion to Dismiss the Plaintiffs' Complaint pursuant to Rule 12(b)(6). I have personal knowledge of the facts herein and would be competent to testify to them if called to do so.

2. Attached hereto as **Exhibit 1** is a USB flash drive containing a true and correct copy of Plaintiffs' song "Electric Avenue," purchased and downloaded from the official online store of Plaintiff Edmond Grant p/k/a "Eddy Grant," located at: http://eddygrant.com/ (last visited Nov. 11, 2020).

1

2

3. Attached hereto as **Exhibit 2** is a USB flash drive containing a true and correct copy of the Animation video, downloaded from the following YouTube link: https://www.youtube.com/watch?v=aEEVimV3eF4 (last visited Nov. 11, 2020).

4. Attached hereto as **Exhibit 3** is a true and correct copy of a website screenshot of a digitally archived version of Defendant Donald J. Trump's Tweet, as referenced in paragraph 35 of the Complaint. The screenshot shows the Tweet as of April 13, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 11, 2020           /s/ Darren W. Saunders_____
                                        Darren W. Saunders