# EXHIBIT 2

This is an audio/visual Exhibit that cannot be electronically filed.  A copy will be provided to the Court and all counsel of record.