# EXHIBIT 3

https://twitter.com/realDonaldTrump/status/1293722878882598914 Go
29 captures
13 Aug 2020 – 22 Sep 2020
JUL AUG SEP
13
2019 2020 2021
About this capture

Home Abo... ...ccount? Log in

Donald J. T...
@realDonaldTrum...
45th President of ... America
Washington, D...
Instagram.com...
Joined March...

**Donald J. Trump**
@realDonaldTrump
Follow

6:35 PM - 12 Aug 2020

**65** Retweets **203** Likes

39 65 203

**kevin abosch** @kevinabosch · 30s
Replying to @realDonaldTrump

> **kevin abosch** @kevinabosch
> If David Duke were a ventriloquist, his dummy would sound just like @realDonaldTrump

1

**Xen** @NoX12558024 · 29s
Replying to @realDonaldTrump
Cool

**Wolf of Brightseat** @p_andre33 · 21s
Replying to @realDonaldTrump

The media could not be played.

https://twitter.com/realDonaldTrump/status/1293722878882598914 Go JUL AUG SEP 13 2019 2020 2021
29 captures
13 Aug 2020 – 22 Sep 2020
About this capture

Home Ab... ...ccount? Log in

Donald J. T...
@realDonaldTrum...
45th President of ... America🇺🇸
Washington, D...
Instagram.com...
Joined March ...

**Donald J. Trump** @realDonaldTrump
Follow

6:35 PM - 12 Aug 2020

**65** Retweets **203** Likes

39 65 203

**kevin abosch** @kevinabosch · 30s
Replying to @realDonaldTrump

> **kevin abosch** @kevinabosch
> If David Duke were a ventriloquist, his dummy would sound just like @realDonaldTrump

1

**Xen**🇺🇸 @NoX12558024 · 29s
Replying to @realDonaldTrump
Cool

**Wolf of Brightseat** @p_andre33 · 21s
Replying to @realDonaldTrump

The media could not be played.



