

PEROFF SAUNDERS P.C.
745 5TH AVENUE | SUITE 500
NEW YORK, NY 10151
TEL: 646.898.2030
WWW.PEROFFSAUNDERS.COM

Darren W. Saunders
Partner
dir: 646.898.2052
dsaunders@peroffsaunders.com

November 13, 2020

**VIA ECF**
Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re:    *Grant et al. v. Trump et al.*, Case No. 1:20-cv-07103-JGK

Dear Judge Koeltl:

We represent Defendants Donald J. Trump and Donald J. Trump For President, Inc. (together, "Defendants") in the above-referenced action.  We write this in response to the letter filed today by Plaintiffs Edmond Grant p/k/a "Eddy Grant," Greenheart Music Limited, a United Kingdom Limited Company, and Greenheart Music Limited, an Antigua and Barbuda Limited Company (together, "Plaintiffs") (Dkt. No. 21).

We sincerely apologize for overlooking Section II.B. of Your Honor's Individual Practices. We look forward to apprising the Court on the merits of Defendants' motion to dismiss at the Pre-Motion Conference.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Darren W. Saunders*
Darren W. Saunders
Mark I. Peroff
Cassandra M. Tam
Jason H. Kasner
PEROFF SAUNDERS P.C.

Kenneth Andrew Caruso
ken.caruso@mfsllp.com
MUKASEY FRENCHMAN & SKLAROFF LLP
2 Grand Central Tower
140 East 45th Street, 17th Floor
New York, NY 10017
Tel: 212.466.6400

*Attorneys for Defendants*