UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
GRANT, ET AL.,

            Plaintiffs,

    - against -

TRUMP, ET AL.,

            Defendants.
───────────────────────────────────────

20-cv-7103 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the teleconference held on December 4, 2020, the plaintiffs should respond to the defendants' motion to dismiss by **December 28, 2020**. The defendants should reply by **January 13, 2021**.

SO ORDERED.

Dated:    New York, New York
            December 4, 2020

                                    /s/ John G. Koeltl
                                      John G. Koeltl
                         United States District Judge