```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

EDMOND GRANT P/K/A "EDDY GRANT," ET AL.,                    20-cv-7103 (JGK)

        Plaintiffs,                     ORDER

   - against -

DONALD J. TRUMP, ET AL.,

        Defendants.

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The defendants should mail a courtesy set of the papers in hard copy to the Court.

**SO ORDERED.**

Dated:    New York, New York
           January 15, 2021

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                             United States District Judge