

2 Grand Central Tower
140 East 45th Street, Suite 17A
New York, NY 10017

Kenneth A. Caruso
Special Counsel
212-466-6401
Ken.caruso@mfsllp.com

March 31, 2021

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    Grant v. Trump, 20 Civ. 7103 (JGK)

Dear Judge Koeltl:

    This firm, and Peroff Saunders, represent Defendants in this action. The Court has before it Defendants' pending motion to dismiss.

    I write to note the Second Circuit's recent decision in the *Andy Warhol* case, *Andy Warhol Found. for the Visual Arts, Inc. v. Goldsmith*, No. 19-2420-CV, 2021 WL 1148826 (2d Cir. Mar. 26, 2021), and to request that the Court accept supplemental briefing regarding the impact that the *Andy Warhol* decision may have on the pending motion to dismiss. We ask the Court to enter an order authorizing, and fixing a schedule for, such briefing.

    Respectfully submitted,

    /s/ Kenneth A. Caruso
    Kenneth A. Caruso

cc :    All Counsel via ECF

---

The defendants may submit a supplemental brief, no longer than 10 pages, by May 3, 2021; the plaintiffs may file a response, no longer than 10 pages, by June 1, 2021; the defendants may file a reply, no longer than 5 pages, by June 15, 2021.

SO ORDERED.

New York, New York
April 2, 2021

/s/ John G. Koeltl
John G. Koeltl
U.S.D.J.