

2 Grand Central Tower
140 East 45th Street, Suite 17A
New York, NY 10017

Kenneth A. Caruso
Special Counsel
212-466-6401
Ken.caruso@mfsllp.com

April 27, 2021

**VIA ECF**
Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Grant et al. v. Trump et al.*, Case No. 1:20-cv-07103-JGK

Dear Judge Koeltl:

    We represent Defendants Donald J. Trump and Donald J. Trump For President, Inc. (together, "Defendants") in the above-referenced action. The Court previously granted Defendants' request for the supplemental briefing on the pending motion to dismiss the complaint (Dkt. No. 18), in order to address the Second Circuit's decision in *Andy Warhol Found. for the Visual Arts, Inc. v. Goldsmith*, No. 19-2420-CV, 2021 WL 1148826 (2d Cir. Mar. 26, 2021) ("*Andy Warhol* II").

    We write regarding the upcoming dates fixed in the scheduling order, dated April 2, 2021 (Dkt. No. 31):

- Defendants' Supplemental Brief in support of the Motion to Dismiss the Complaint – May 3, 2021;
- Plaintiffs' Response to Defendants' Supplemental Brief – June 1, 2021; and
- Defendants' Reply – June 15, 2021.

    On April 23, 2021, the plaintiff in *Andy Warhol* II ("AWL") filed in the Second Circuit a petition for panel rehearing and rehearing en banc. AWL's petition is based, in part, on the recent Supreme Court decision, issued on April 5, 2021, regarding fair use under the Copyright Act. *See Google LLC v. Oracle Am., Inc.*, 141 S. Ct. 1183 (2021).

    In light of the pending rehearing petition in *Andy Warhol* II, we respectfully request that the Court hold the deadlines for the supplemental briefing in abeyance until the Second Circuit takes action on the petition. <u>Plaintiffs oppose Defendants' request.</u>

Honorable John G. Koeltl
April 27, 2021
Page 2

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      /s/ Kenneth A. Caruso
      Kenneth A. Caruso

cc:    All Counsel via ECF