

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022-4834
Tel: 212.209.3050
Fax: 212.371.5500

**Princeton**
4 Independence Way, Suite 120
Princeton, NJ 08540
Tel: 609.514.1500
Fax: 609.514.1501

**www.reitlerlaw.com**

June 4, 2021

**BY ECF**
The Honorable John G. Koeltl
U.S. Courthouse
Southern District of New York
500 Pearl Street
New York, New York

   **Re:** **Edmond Grant p/k/a "Eddy Grant" et al.  v. Donald j. Trump et al.,**
      **1:20-cv-07103-JGK**

Dear Judge Koeltl:

     We represent Plaintiffs in the above referenced action.  We write in response to the letter regarding supplemental briefing in this matter (ECF 36), which counsel for Defendants filed on June 3, 2021.

     As noted by counsel for Defendants, this Court has stayed supplemental briefing in this matter pending the Second Circuit's resolution of a motion for rehearing in *Andy Warhol Found. for the Visual Arts, Inc. v. Goldsmith*, No. 19- 2420-CV, 2021 WL 1148826 (2d Cir. Mar. 26, 2021).   Defendants' counsel now request that the stay be continued. Plaintiffs do not oppose Defendants' request.

     We thank the Court for its consideration.

                   Respectfully submitted,
                   */Robert W. Clarida/*
                   Robert W. Clarida

                   REITLER KAILAS & ROSENBLATT LLP
                   885 Third Avenue
                   20th Floor
                   New York, NY 10022
                   Attorneys for Plaintiffs