

PEROFF SAUNDERS P.C.
745 5TH AVENUE | SUITE 500
NEW YORK, NY 10151
TEL: 646.898.2030
WWW.PEROFFSAUNDERS.COM

Darren W. Saunders
Partner
dir: 646.898.2052
dsaunders@peroffsaunders.com

July 6, 2021

**VIA ECF**

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *Grant et al. v. Trump et al.*, Case No. 1:20-cv-07103-JGK

Dear Judge Koeltl:

    Defendants Donald J. Trump and Donald J. Trump for President, Inc. ("Defendants") submit this letter pursuant to the Court's order dated June 4, 2021 (Dkt. No. 38).

    The Court stayed the deadlines for supplemental briefing pending a decision by the Second Circuit Court of Appeals on whether to grant a rehearing in *Andy Warhol Found. for the Visual Arts, Inc. v. Goldsmith*, No. 19-2420-CV, 2021 WL 1148826 (2d Cir. Mar. 26, 2021). The Court further directed the parties to advise the Court with respect to the status of this matter by July 6, 2021.

    As of the date of the filing of this letter, the Second Circuit has not ruled on the appellee's petition for a rehearing. Accordingly, Defendants respectfully submit that the Court should continue to stay supplemental briefing in this case pending a decision by the Second Circuit.

    Defendants respectfully propose that the parties update the Court on their positions within five (5) business days of a decision by the Second Circuit, if the Court deems appropriate.

    We thank the Court for its attention to this matter.

                                     Respectfully submitted,

                                     */s/ Darren W. Saunders*
                                   Darren W. Saunders
                                   PEROFF SAUNDERS P.C.

                                      Kenneth Andrew Caruso
                                      ken.caruso@mfsllp.com
                                      MUKASEY FRENCHMAN & SKLAROFF LLP
                                      2 Grand Central Tower
                                      140 East 45th Street, 17th Floor
                                      New York, NY 10017
                                      Tel: 212.466.6400

                                      *Attorneys for Defendants*

cc:      All counsel of record (via ECF)