UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————————

EDMOND GRANT, ET AL.,

               Plaintiffs,

    - against -

DONALD J. TRUMP, ET AL.,

               Defendants.

———————————————————————————————

20-cv-7103 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    Supplemental briefs addressing the Second Circuit Court of Appeals' Amended Opinion in <u>The Andy Warhol Foundation for the Visual Arts, Inc. v. Goldsmith et al.</u>, No. 19-2420 (2d Cir. Aug. 24, 2021), are due by September 3, 2021.  Responsive briefs are due by September 10, 2021.  No brief may exceed ten pages, and each brief should be considerably shorter.

    SO ORDERED.

Dated:    New York, New York
           August 25, 2021

                                      /s/ John G. Koeltl
                                         John G. Koeltl
                                United States District Judge