UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

EDMOND GRANT P/K/A "EDDY GRANT," ET AL.,

                Plaintiffs,        20-cv-7103 (JGK)

      - against -               ORDER

DONALD J. TRUMP, ET AL.,

                Defendants.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The defendants' time to answer is extended until **October 18, 2021.** The parties should submit a Rule 26(f) report by **November 1, 2021.**

SO ORDERED.

Dated:    New York, New York
            October 4, 2021

                                          John G. Koeltl
                                  United States District Judge