UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

EDMOND GRANT, ET AL.,

              Plaintiffs,

   - against -

DONALD J. TRUMP, ET AL.,

              Defendants.
───────────────────────────────

20-cv-7103 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by __11/2__, 2021.

SO ORDERED.
Dated:    New York, New York
           October 19, 2021

                                      John G. Koeltl
                              United States District Judge