UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMOND GRANT, ET AL.,

                Plaintiffs,

- against -

DONALD J. TRUMP, ET AL.,

                Defendants.

20-cv-7103 (JGK)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

JOHN G. KOELTL, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:
_____

**X** Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: 

All such motions: \_\_\_

SO ORDERED.

New York, New York
November 4, 2021

                          /s/ John G. Koeltl
                          John G. Koeltl
                          United States District Judge

* Do not check if already referred for general pretrial.