UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMOND GRANT P/K/A "EDDY GRANT",
GREENHEART MUSIC LIMITED, a United
Kingdom Limited Company, and
GREENHEART MUSIC LIMITED, an
Antigua and Barbuda Limited Company,

       Plaintiffs,

  -against-

DONALD J. TRUMP and DONALD J.
TRUMP FOR PRESIDENT, INC.,

       Defendants.

Civil Action No. 1:20-cv-07103-JGK

## NOTICE OF WITHDRAWAL OF CASSANDRA M. TAM AS COUNSEL OF RECORD FOR DEFENDANTS DONALD J. TRUMP AND DONALD J. TRUMP FOR PRESIDENT, INC.

Peroff Saunders P.C., counsel for Defendants Donald J. Trump and Donald J. Trump for President, Inc., hereby informs the Court that Cassandra M. Tam is no longer associated with the firm, and respectfully requests that the Court withdraw the appearance of Ms. Tam as counsel of record in this matter.

          PEROFF SAUNDERS, P.C.

Dated: January 6, 2022      _/s/ Darren W. Saunders_____
           Darren W. Saunders
           dsaunders@peroffsaunders.com
           Mark I. Peroff
           mark.peroff@peroffsaunders.com
           Jason H. Kasner
           jkasner@peroffsaunders.com
           PEROFF SAUNDERS P.C.

745 5th Avenue | Suite 500
New York, NY 10151
Tel: 646.898.2030

*Attorneys for Defendants*