

Brett Van Benthysen
Direct Dial: (212) 209-3045
Email Address: bvanbenthysen@reitlerlaw.com

February 16, 2022

<u>Via ECFl</u>
The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
United States Courthouse, Courtroom 14A
New York, NY 10007

   Re: *Grant et al. v. Trump et al.*, Case No. 1:20-cv-07103-JGK

Dear Judge Koeltl:

  This firm represents plaintiffs Edmond Grant p/k/a "Eddy Grant", Greenheart Music Limited, a United Kingdom Limited Company, and Greenheart Music Limited, an Antigua and Barbuda Limited Company in the above-referenced action. We write with consent from defendants Donald J. Trump and Donald J. Trump For President, Inc. to inform the Court that the parties have stipulated to a protective order to govern the treatment of confidential information in the action. The proposed stipulated protective order is attached for the Court's review and approval. The parties request that the Court so order the stipulated protective order if it finds the same acceptable.

  We thank the Court for its attention to this matter.

               Respectfully submitted,

                *s/ Brett Van Benthysen*
                Brett Van Benthysen

Encl.
cc: Counsel of Record

**New York**      **Princeton**     **Los Angeles**
885 Third Avenue, 20th Floor   4 Independence Way, Suite 120   227 Broadway, Suite 302
New York, NY 10022    Princeton, NJ 08540    Santa Monica, CA 90401
Main: 212-209-3050    Main: 609-514-1500    Main: 310-337-2305

www.reitlerlaw.com