UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDMOND GRANT P/K/A "EDDY GRANT", GREENHEART MUSIC LIMITED, a United Kingdom Limited Company, and GREENHEART MUSIC LIMITED, an Antigua and Barbuda Limited Company,

                   Plaintiffs,

— against —

DONALD J. TRUMP and DONALD J. TRUMP FOR PRESIDENT, INC.,

                   Defendants.

Civil Action No. 1:20-cv-07103-JGK

~~PROPOSED~~ REVISED SCHEDULING ORDER

---

WHEREAS, the Parties having requested an extension of the existing discovery schedule in the Case Management Plan dated November 3, 2021, and no prior extension having been requested or granted, and the Court having found that good cause exists for such extension, it is hereby:

ORDERED that the following deadlines in the Case Management Plan are amended as follows:

| Deadline | Original Date | Extended Date |
| --- | --- | --- |
| Fact Discovery End Date | April 22, 2022 | June 21, 2022 |
| Dispositive Motions | July 22, 2022 | September 20, 2022 |
| Joint Pre-Trial Order | August 12, 2022 or 21 days after decision on dispositive motion | October 11, 2022 or 21 days after decision on dispositive motion |

ORDERED the all other deadlines in the Case Management Plan remain unchanged.

Dated:

3/31/22

                                                       JOHN G. KOELTL, U.S.D.J.