

# Peroff Saunders

PEROFF SAUNDERS P.C.
745 5TH AVENUE | SUITE 500
NEW YORK, NY 10151
TEL: 646.898.2030
WWW.PEROFFSAUNDERS.COM

Darren W. Saunders
Partner
dir: 646.898.2052
dsaunders@peroffsaunders.com

July 13, 2022

**VIA ECF**

Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

7/13/22     John G. Koeltl, U.S.D.J.

Re:    *Grant et al. v. Trump et al.*, Case No. 1:20-cv-07103-JGK

Dear Judge Koeltl:

We write on behalf of Defendants Donald J. Trump and Donald J. Trump For President, Inc. (together, "Defendants") in the above-referenced action. Pursuant to Rule I.E. of Your Honor's Individual Practices, we respectfully request a further 30-day extension of the discovery period, which is currently set to end on July 21, 2022. We request this brief extension because despite diligent efforts, we have not yet been able to confirm a 30(b)(6) deposition witness, and therefore require additional time. This is the third request for an extension of the discovery schedule, and Plaintiffs' counsel have consented to this request for a 30-day extension. The first request was granted on March 31, 2022 (ECF No. 65 the "Revised Scheduling Order") and the second request was granted on June 14, 2022 (ECF No. 67). The requested extension will not affect other scheduled dates in the Case Management Plan dated November 3, 2021 (ECF No. 55) or the Revised Scheduling Order. The parties respectfully request that the Court so order the requested extension in this letter motion if it finds the same acceptable.

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Darren W. Saunders*
Darren W. Saunders
PEROFF SAUNDERS P.C.

Kenneth Andrew Caruso
ken.caruso@mfsllp.com
MUKASEY FRENCHMAN & SKLAROFF LLP
570 LEXINGTON AVENUE, SUITE 3500
NEW YORK, NY 10022
*Attorneys for Defendants*

cc:    All counsel of record (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN ARORA,

                **Plaintiff,**

-v-

BANK OF AMERICA, N.A., ET AL.
                **Defendant.**

Case No. 22-cv-01402 (KMK)

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ~~BANK OF AMERICA, N.A.~~** *Experian*

Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed by and between Plaintiff and ~~Bank of America, N.A.~~ *Experian*, that the above-titled action is hereby dismissed with prejudice against Experian Information Solutions, Inc. Each party will bear their own costs and attorney's fees.

[handwritten: *SO/K*]

/s/ James R. Ticchio
James R. Ticchio
**Sherman & Ticchio PLLC**
120 N. Main Street Suite 302B
New City, NY 10956
212-324-3874
james@st-legal.com
*Counsel for Plaintiff*

/s/ Melanie K. Chan
Melanie K. Chan
**JONES DAY**
250 Vesey Street, 34th Floor
New York, NY 10281
212.326.3654
melaniechan@jonesday.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

SO ORDERED.

7/13/22