UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMOND GRANT p/k/a "EDDY GRANT",
GREENHEART MUSIC LIMITED, a United
Kingdom Limited Company, and
GREENHEART MUSIC LIMITED, an
Antigua and Barbuda Limited Company,

                Plaintiffs,

    v.

DONALD J. TRUMP and DONALD J.
TRUMP FOR PRESIDENT, INC.,

                Defendants.

Civil Case No. 1:20-cv-07103-JGK

**NOTICE OF MOTION
TO WITHDRAW AS COUNSEL**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Kenneth A. Caruso,

dated August 22, 2022, the law firm of Mukasey Frenchman LLP will move this Court, on a date

and at a time to be fixed by the Court, for an order, pursuant to Local Civil Rule 1.4, relieving

the firm as counsel for Defendants in this action.

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Civil Rule 6.1(b),

papers in opposition, if any, shall be served within fourteen (14) days after service of this notice,

and reply papers, if any, shall be served within seven (7) days after service of any papers in

opposition.

Dated: New York, New York
      August 22, 2022

                            MUKASEY FRENCHMAN LLP

                By:   /s/ Kenneth A. Caruso
                     Kenneth A Caruso

                     570 Lexington Avenue, Suite 3500
                     New York, NY 10022
                     Tel: (212) 466-6400

                     *Attorneys for Defendants*

TO:     Defendants Donald J. Trump and Donald J. Trump for President, Inc.
        All Counsel of Record