UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

EDMOND GRANT, ET AL.,

                    Plaintiffs,           20-cv-7103 (JGK)

        - against -               ORDER

DONALD J. TRUMP, ET AL.,

                    Defendants.

────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The deadline to respond to the motion to withdraw, ECF No. 71, is **September 6, 2022**. The deadline to reply is **September 13, 2022.** Moving counsel should serve a copy of this order on the defendants.

SO ORDERED.
Dated:   New York, New York
         August 23, 2022

                        /s/ John G. Koeltl
                         John G. Koeltl
               United States District Judge