UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDMOND GRANT, ET AL.,  20-cv-7103 (JGK)

        Plaintiffs,  ORDER

- against -

DONALD J. TRUMP, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a pre-motion conference in connection with the plaintiffs' anticipated motion to compel on **December 21, 2022**, at **12:00 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:   New York, New York
         December 19, 2022

                                        John G. Koeltl
                                   United States District Judge