```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

EDMOND GRANT, ET AL.,                               20-cv-7103 (JGK)

        Plaintiffs,                         ORDER

  - against -

DONALD J. TRUMP, ET AL.,

        Defendants.

JOHN G. KOELTL, District Judge:

The parties are directed to file a letter by tomorrow, **December 22, 2022**, apprising the Court of their agreements with respect to a January 2023 deposition of third-party witness Dan Scavino. If the parties fail to submit such a letter, the Court will select a date in January 2023 and will enter an order making the anticipated deposition subpoena of Mr. Scavino returnable on that date.

**SO ORDERED.**

Dated:    New York, New York
           December 21, 2022

                                              John G. Koeltl
                                      United States District Judge