

Brett Van Benthysen
Direct Dial:  (212) 209-3045
Email Address:  bvanbenthysen@reitlerlaw.com

December 22, 2022

**Via ECF**
The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
United States Courthouse, Courtroom 14A
New York, NY 10007

      Re:    *Grant et al. v. Trump et al.*, Case No. 1:20-cv-07103-JGK

Dear Judge Koeltl:

      This firm represents plaintiffs Edmond Grant p/k/a "Eddy Grant", Greenheart Music Limited, a United Kingdom Limited Company, and Greenheart Music Limited, an Antigua and Barbuda Limited Company ("Plaintiffs") in the above-referenced action against defendants Donald J. Trump ("Trump") and Donald J. Trump For President, Inc. (the "Company," and together with Trump, "Defendants").  We write, with consent from counsel for non-party Dan Scavino pursuant to Your Honor's docket Order dated December 21, 2022.  Mr. Scavino and Plaintiff have agreed that Mr. Scavino's deposition will take place on January 25, 2023 at 10:00 a.m.  The deposition will be conducted via zoom for a maximum of two hours.

      We thank the Court for its attention to this matter.

                                                                                            Respectfully submitted,

                                                                         *s/ Brett Van Benthysen*
                                                                         Brett Van Benthysen

cc:      Counsel of Record
           Stanley Woodward, Esq. (via email)

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022
Main:  212-209-3050

**Princeton**
4 Independence Way, Suite 120
Princeton, NJ 08540
Main:  609-514-1500

**Los Angeles**
227 Broadway, Suite 302
Santa Monica, CA 90401
Main:  310-337-2305

www.reitlerlaw.com