# SCHULMANBHATTACHARYA

6116 Executive Boulevard, Suite 425, North Bethesda, Maryland 20852   240.356.8551

**JEFFREY S. GAVENMAN**
direct dial 240.356.8553   email jgavenman@schulmanbh.com

January 24, 2023

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
United States Courthouse, Courtroom 14A
New York, New York 10007

Re:   *Grant, et. al. v. Trump*, No. 20-cv-7103 (S.D.N.Y.)

Dear Judge Koeltl:

This firm, together with Stanley Woodward of Brand Woodward Law, represent non-party Daniel J. Scavino, Jr., whom this Court has ordered to appear for a deposition in the above-captioned action. (Order (Dec. 21, 2022).) Mr. Scavino's deposition is currently scheduled for Wednesday, January 25, 2023. Mr. Woodward, who will be defending Mr. Scavino's deposition, and whose motion to appear *pro hac vice* will be forthcoming shortly, recently suffered a loss in the family and needs to be in New Jersey for funeral services tomorrow. Therefore, with the consent of the Parties, we have agreed to reschedule Mr. Scavino's deposition for Friday, February 3, 2023.

We thank the Court for its attention to this matter.

Respectfully,

/s/ Jeffrey S. Gavenman
Jeffrey S. Gavenman

Cc:   Counsel of Record

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
1/25/23

SchulmanBH.com