UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDMOND GRANT, ET AL.,　　　　　　　　　　20-cv-7103 (JGK)

　　　　　　Plaintiffs,　　　　　　　　ORDER

　　- against -

DONALD J. TRUMP, ET AL.,

　　　　　　Defendants.

---

JOHN G. KOELTL, District Judge:

On February 10, 2023, this Court granted the parties' request to extend the time to complete expert discovery to April 24, 2023. ECF No. 88. To accommodate the new expert discovery deadline, the Court adjusts the remainder of the deadlines in this action as follows: Dispositive motions are due on **May 17, 2023**. The joint pretrial order is due on **June 7, 2023**, or 21 days after decision on any dispositive motion. Ready trial, 48 hours notice, 21 days after submission of the joint pretrial order.

SO ORDERED.

Dated:　　New York, New York
　　　　　February 25, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　United States District Judge