UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edmond Grant et. al.,   Plaintiff,

-against-

Donald J. Trump, et. al.,   Defendant.

1:20 cv 07103   (JGK )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Stanley Edmund Woodward, Jr.                    , for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of the District of Columbia                    ; and that his/her contact information is as follows (please print):

Applicant's Name: Stanley Edmund Woodward, Jr.

Firm Name: Brand Woodward Law

Address: 1808 Park Road NW

City / State / Zip: Washington, DC 20010

Telephone / Fax: (202) 996-7447/(202) 996-0113

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Non-Party Daniel J. Scavino, Jr.                    in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/31/23

United States District / Magistrate Judge