

**REITLER KAILAS & ROSENBLATT LLP**

Brett Van Benthysen
Direct Dial: (212) 209-3045
Email Address: bvanbenthysen@reitlerlaw.com

June 6, 2023

**Via ECF**
The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
United States Courthouse, Courtroom 14A
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

6/6/23
John G. Koeltl, U.S.D.J.

6/7/23

Re:   *Grant et al. v. Trump et al.*, Case No. 1:20-cv-07103-JGK

Dear Judge Koeltl:

    This firm represents plaintiffs Edmond Grant p/k/a "Eddy Grant", Greenheart Music Limited, a United Kingdom Limited Company, and Greenheart Music Limited, an Antigua and Barbuda Limited Company ("Plaintiffs") in the above-referenced infringement action against defendants Donald J. Trump ("Trump") and Donald J. Trump For President, Inc. (the "Company," and together with Trump, "Defendants"). We write pursuant to Your Honor's Individual Practices Rule I.E., and with consent from Defendants, to request an extension of the deadline for the parties to submit the Joint Pretrial Order, which is currently June 7, 2023.

    This is the first request for an extension of the Joint Pretrial Order deadline, although the deadline was originally adjusted from April 7, 2023 to the current deadline pursuant to the Court's Order dated February 25, 2023. Since that Order, expert discovery was extended by 45 days (*see* ECF Doc. No. 92), but no corresponding extension of the Joint Pretrial Order was requested by the parties.

    The parties recently completed expert discovery and need additional time to finalize deposition transcript designations and exhibit lists. Accordingly, the parties request that the deadline for the Joint Pretrial Order be extended to June 22, 2023.

    We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Brett Van Benthysen*
Brett Van Benthysen

cc:   Counsel of Record

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022
Main: 212-209-3050

**Princeton**
4 Independence Way, Suite 120
Princeton, NJ 08540
Main: 609-514-1500

**Los Angeles**
227 Broadway, Suite 302
Santa Monica, CA 90401
Main: 310-337-2305

www.reitlerlaw.com