# EXHIBIT A

## Confirmatory Assignment of RIGHTS UNDER COPYRIGHT

WHEREAS Edmond Grant p/k/a Eddy Grant ("Grant") is the sole owner of Greenheart Music Limited, an Antigua and Barbuda limited liability company ("Greenheart Antigua");

WHEREAS in or about 1983 Grant composed a musical composition entitled "Electric Avenue," which composition was registered in the U.S. Copyright Office under registration number PA0000164029 (the "Composition");

WHEREAS in or about 1983 Grant produced and performed on a sound recording of the Composition, which sound recording was registered in the U.S. Copyright Office under registration number SR0000344006 (the "Recording");

WHEREAS Grant acknowledges and agrees that Greenheart Antigua owns and at all times has owned copyright in the Composition and the Recording; and

WHEREAS Grant seeks to clarify and confirm that Greenheart Antigua holds sole and complete ownership of the worldwide rights under copyright in the Composition and the Recording, from the time of the creation of the Work until the date set forth below ("Effective Date"), including, without limitation, the registered copyrights therein, free from doubt as to the ownership of the Composition and the Recording as between Grant and Greenheart Antigua;

NOW, THEREFORE, Grant hereby confirms that he has granted, transferred and assigned to Greenheart Antigua, and does grant, assign and transfer to Greenheart Antigua, throughout the world, in perpetuity, Grant's entire copyright interest, if any, in and to the Composition and the Recording, including, without limitation, the right to sue and recover damages for past infringements of the rights so transferred, and acknowledges and confirms that as of the Effective Date, Greenheart Antigua owns all of the undersigned's rights in and to such Composition and Recording under any agreement, oral or written.

Pursuant to 17 U.S.C. §204, this document shall constitute an "instrument of conveyance, or a note or memorandum of the transfer" described above.

_____
**Edmond Grant**

Date: 29th August 2020