# EXHIBIT B



The Library has opened access to the reading rooms by appointment only. **More**. The Jefferson
Building has reopened to visitors via timed, ticketed entry. **More**.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = grant eddy
Search Results: Displaying 5 of 13 entries

| ◀ previous | next ▶ |

---



Labeled View

*Electric Avenue / words and music by Eddy Grant.*

**Type of Work:** Music
**Registration Number / Date:** PA0000164029 / 1983-02-07
**Title:** Electric Avenue / words and music by Eddy Grant.
**Imprint:** [London] : Intersong Music ; Essex [Eng.] : distributed by I M P, [c1982]
**Description:** 5 p.
**Copyright Claimant:** Greenheart Music, Ltd.
**Copyright Notice:** notice: Greenheart Music, Ltd., Muziekuitgeverij Artemis, B.V. & Intersong Music, Ltd.
**Date of Creation:** 1982
**Date of Publication:** 1983-01-19
**Date in Notice:** notice: 1982

**Names:** Grant, Eddy
Greenheart Music, Ltd.
Muziekuitgeverij Artemis, B.V.

GRANT0188

Intersong Music, Ltd.



| Save, Print and Email (Help Page) |
| --- |
| Select Download Format  Full Record ⌄  Format for Print/Save |
| Enter your email address: _____ Email |

---

Help  Search  History  Titles  Start Over

---

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

**GRANT0189**