# EXHIBIT C



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = grant eddy
Search Results: Displaying 4 of 13 entries



*Eddy Grant : the greatest hits.*

**Type of Work:** Sound Recording
**Registration Number / Date:** SR0000344006 / 2002-03-22
**Title:** Eddy Grant : the greatest hits.
**Imprint:** c2001.
**Publisher Number:** London 40214-2
**Description:** Compact disc.
**Copyright Claimant:** © ℗ London Records
**Date of Creation:** 2001
**Date of Publication:** 2001-10-18
**Authorship on Application:** compilation of recordings, artwork: Greenheart Music, Ltd., employer for hire.
**Previous Registration:** Recordings preexisting.
**Basis of Claim:** New Matter: compilation of recordings, remixed sounds, & photography.
**Variant title:** Eddy Grant : the greatest hits

**GRANT0186**

Names: Grant, Eddy
London Records
Greenheart Music, Ltd.



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▾  Format for Print/Save |
| Enter your email address: [            ]  Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

GRANT0187