# EXHIBIT G

TECH NEWS

# Twitter removes video from Trump tweet after complaint from 'Electric Avenue' singer

The platform removed the video from one of the president's tweets after it got a copyright complaint from Eddy Grant, the musician behind the '80s hit.



— Eddy Grant performs at O2 Arena in London on Dec. 12, 2009.
Hayley Madden / Redferns/Getty Images file

  |  SAVE

Sept. 1, 2020, 8:10 PM EDT

**By Dylan Byers**

Twitter removed a video from one of President Donald Trump's tweets Tuesday after it got a copyright complaint from Eddy Grant, the musician whose hit song "Electric Avenue" appears in the video.

Twitter spokesperson Nick Pacilio confirmed to NBC News that the video had been taken down in response to a copyright complaint, per company policy.

It is at least the third time in as many months that Twitter has been forced to remove media content from the president's Twitter account because of violations of the Digital Millennium Copyright Act, or DMCA.

Grant sued Trump and his campaign Tuesday, accusing them of "willfully and wrongfully" infringing on his copyrights. Grant's attorney issued a cease-and-desist letter to the campaign

two weeks ago.

The video features an animation in which a "Trump/Pence" train barrels through a vacant town, followed by Joe Biden on a pump trolley. Over Grant's hit song from 1982, the audio features remarks Biden made in 2017 referring to kids' rubbing his leg hair and jumping on his lap.

**Recommended**


INTERNET
Young workers shed new light on life inside Amazon warehouses with viral videos


TECH NEWS
CIA is secretly collecting bulk data pertaining to Americans, senators say

The video, which Trump tweeted Aug. 12, had been viewed nearly 14 million times before Twitter took it down Tuesday night.

Download the *NBC News app* for breaking news and politics

Twitter has been playing whack-a-mole with the president's tweets in recent months. In July, it removed a picture from a Trump tweet after it got a DMCA complaint from The New York Times. Trump had used the photo, which was taken by a Times photographer, to promote his campaign.

In June, Twitter and Facebook removed a manipulated video from Trump's accounts that showed a Black toddler running away from a white toddler and a fake CNN chyron suggesting that the baby was racist. In that instance, it was one of the children's parents who filed the copyright claim.

**Get the Morning Rundown**

Get a head start on the morning's top stories.

| Enter your email | SIGN UP |

THIS SITE IS PROTECTED BY RECAPTCHA
PRIVACY POLICY | TERMS OF SERVICE


**Dylan Byers**
Dylan Byers is a senior media reporter for NBC News based in Los Angeles.

**Sponsored Stories**                                                          by Taboola

RGE OF EMPIRES
You Need To Kill Time On Your Computer, This Vintage Game Is A Must-Have. No Install.

L THINGS AUTO
:w Subaru's Finally On Sale

BBEL
:e App That's Teaching Americans Spanish In 15 Minutes A Day

AIKIN ANALYTICS
love your money by early 2022," Wall street legend warns

SPONSORED / WARBY PARKER
## Shop Winston from Warby Parker
With its straight browline, signature plaque, and bold proportions, Winston is a frame for the consummate professional. Wear it on set to inspire confidence.

SPONSORED / PAIGE DENIM
## PAIGE Men's Lennox - Wolfe Destructed Skinny Jeans | Blue | Size 40
In our signature slim fit, this washed down black pair has an authentic worn-in look with a single



SPONSORED / PAIGE DENIM
**PAIGE Women's Poppy**
Meet Poppy, the chicest litt
in luxuriously soft leather in

SPONSORED / LOVESAC

**2 Seats + 4 Sides Shown...**
Sactionals provide all-around comfort and peace of mind that other couches can't. Because they can adapt to most spaces and styles, and look like new forever, Sactionals are a smart investment

SPONSORED / DSW

**Aerosoles**
Aerosoles La Wave Sandal

SPONSORED / OUTERKNOWN

**Station Jumpsuit**
One of our most beloved jumpsuits! The perfect blend of comfort and effortless style. Inspired by vintage utility coveralls, it's truly a form-meets-function piece you'll rock for years to co…

SPONSORED / FORGE OF EMPIRES

# If You Need To Kill Time On Your Computer, This Vintage Game Is A Must-Have. No Install.

SPONSORED / ALL THINGS AUTO

# New Subaru's Finally On Sale

SPONSORED / BAE SYSTEMS

**Push your limits. We're hiring IT professionals.**
BAE System's advanced defense technology protects people and national security.

SPONSORED / ALTRA RUNNING

**Altra | Lone Peak 6 Trail Running Shoes | Black | Women's | Size: 10**
The trail icon you know and love, just got an upgrade. The Lone Peak 6 is here to show it's still legendary with updated features like new upper construction and a customizable lacing system …

SPONSORED / FLORSHEIM

**Great Lakes Moc Toe Slip On-$94.90**
The Great Lakes region of the U.S. is known for its uncommon beauty. Our Great Lakes collection captures that spirit with stylish shoes that share a casual appeal; modern silhouette; on-trend soles; …

SPONSORED / JOHN FLUEVOG

**Shoe Care JF All Protector Spray: Neutral - $19**
Unique Soles for Unique Souls

SPONSORED / BABBEL

# The App That's Teaching Americans Spanish In 15 Minutes A Day

SPONSORED / CHAIKIN ANALYTICS

# "Move your money by early 2022," Wall street legend warns

### More From NBC News

NBC NEWS / POP-CULTURE
Billie Eilish says she 'never said a thing' in response to

NBC NEWS / POLITICS
GOP congresswoman shows Republicans can't have it both ways with Trump

NBC NEWS / SHOP
Meal prep containers for 2022

SPONSORED / TAONGA: THE ISLAND FARM
The most relaxing farm game of 2021. No Install

SPONSORED / FORGE OF EMPIRES
If You Spend Time on Your Computer, this Vintage Game is a Must-Have. No Install.

SPONSORED / CAPITAL ONE SHOPPING
Amazon Has Millions of Prime Subscribers – But Few Know About This Savings Trick

SPONSORED / ESTABLISHEDTITLES.COM
Get 1 sqft of land in Scotland and become a Lord!

Sponsored

NBC NEWS / NEWS
Former major l...

NBC NEWS / NEWS
Charles Manson followe...

NBC NEWS / NEWS
Family who froze to dea...

SPONSORED / SOUNDTRACK
Pick from 400-
Make the largest catalog of...
increase sales. Try it free.

SPONSORED / LOVESAC
SuperSac Inser...
Phur
Sacs may look like a beanb...

SPONSORED / SOUNDTRACK
Create your own playlists. Try it free.
Boost sales with the right background music. Make your own playlists, pick from hundreds ready to play, or let AI make them for you.

SPONSORED / ALTRA RUNNING
Altra | Solstice Xt 2 Running Shoes | White | Women's | Size: 11
Lightweight for hard work, the Solstice XT 2 is up for any workout. The firmer caged upper offers



NBC NEWS / NOW
### Ontario premier says he'll use federal authority to end

NBC NEWS / NEWS
### Russian skating star, 15, could lose gold medal after failed drug test revelation

NBC NEWS / VIDEO
### Watch: Flooded Spanish village emerges from reservoir

SPONSORED / LOVESAC
### 9 Seats + 10 Sides Shown in Sapphire Navy Corded Velvet
Sactionals provide all-around comfort and peace of mind that other couches can't. Because they can

SPONSORED / PAIGE DENIM
### PAIGE Women's Mayslie Romper - Washed Black | Size 6
Inspired by utilitarian workwear, the Mayslie Romper is made from super soft stretch woven twill in vintage black. This one piece has horn buttons down the front, a self-belt at the waist and a relaxed …

SPONSORED / ALTRA RUNNING
### Altra | Lone Peak All-Wthr Mid | Black | Women's | Size: 10.5
The Lone Peak ALL-WTHR Mid is ready for adventures of all distances—day hikes, over nighters,

SPONSORED / VACATION SAVINGS CENTER
### Incredible Train Vacation Packages Now On Sale

NBC NEWS / POLITICS
### U.S. says 'distinct possibility' that Russia could invade

NBC NEWS / VIDEO
### Russian figure skater Valieva's case sparks criticism of Russia, international organizations

NBC NEWS / NEWS
### Last of three Tennessee inmates who escaped through air vent captured after other two died

| ABOUT | DO NOT SELL MY PERSONAL INFORMATION |
|---|---|
| CONTACT | CA NOTICE |
| HELP | TERMS OF SERVICE |
| CAREERS | NBC NEWS SITEMAP |
| AD CHOICES | ADVERTISE |
| PRIVACY POLICY | |

© 2022 NBC UNIVERSAL

NEWS    MSNBC    TODAY