EXHIBIT 1

**PRODUCED IN NATIVE**