# EXHIBIT 11

Case 1:20-cv-07103-JGK   Document 107-11   Filed 09/15/23   Page 2 of 6

5/20/2022    Edmund Grant, et al. v. Donald J. Trump, et al.    Edmund "Eddy" Grant

## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
EDMOND GRANT P/K/A "EDDY GRANT,"     )
GREENHEART MUSIC LIMITED, A UNITED   )
KINGDOM LIMITED COMPANY, AND         )
GREENHEART MUSIC LIMITED, AN ANTIGUA )
AND BARBUDA LIMITED COMPANY,         )
                                     )
           PLAINTIFFS, )CIVIL ACTION NO.
                       )1:20-CV-07103-JGK
     - AGAINST -       )
                       )
DONALD J. TRUMP AND DONALD J. TRUMP  )
FOR PRESIDENT, INC.,                 )
                                     )
           DEFENDANTS. )
_____)

VIDEOTAPED DEPOSITION OF EDMOND "EDDY" GRANT
TAKEN REMOTELY VIA ZOOM VIDEOCONFERENCE
FRIDAY, MAY 20, 2022

REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

## Page 2

1   VIDEOTAPED DEPOSITION OF EDMOND "EDDY" GRANT,
2   TAKEN REMOTELY VIA ZOOM ON BEHALF OF THE DEFENDANTS
3   AT 10:01 A.M. EDT, FRIDAY, MAY 20, 2022, BEFORE
4   AUDRA E. CRAMER, CSR NO. 9901, PURSUANT TO NOTICE.

## Page 3

1   APPEARANCES OF COUNSEL
2
3   FOR PLAINTIFFS:
4       REITLER KAILAS & ROSENBLATT LLP
5       BY:  BRIAN D. CAPLAN, ESQUIRE
6           BRETT VAN BENTHYSEN, ESQUIRE
7       885 THIRD AVENUE, 20TH FLOOR
8       NEW YORK, NEW YORK 10022
9       (212) 209-3050
10      bcaplan@reitlerlaw.com
11      bvanbenthysen@reitlerlaw.com
12          AND
13      LAW OFFICES OF WALLACE E.J. COLLINS III
14      BY: WALLACE E.J. COLLINS III, ESQUIRE
15      250 EAST 39TH STREET, SUITE 9K
16      NEW YORK, NEW YORK 10016
17      (212) 661-3656
18      wallace@wallacecollins.com

## Page 4

1   APPEARANCES OF COUNSEL, CON'T
2
3   FOR DEFENDANTS:
4       PEROFF SAUNDERS PC
5       BY:  DARREN W. SAUNDERS, ESQUIRE
6            JASON KASNER, ESQUIRE
7       745 FIFTH AVENUE, SUITE 500
8       NEW YORK, NEW YORK 10151
9       (646) 898-2030
10      dsaunders@peroffsaunders.com
11      jkasner@peroffsaunders.com
12
13  ALSO PRESENT:
14      HENRY MARTE, VIDEOGRAPHER/HOTSEATER

Case 1:20-cv-07103-JGK   Document 107-11   Filed 09/15/23   Page 3 of 6

5/20/2022     Edmund Grant, et al. v. Donald J. Trump, et al.    Edmund "Eddy" Grant

Page 17

1  you -- it looks like the exhibit isn't numbered,
2  but can we turn to the page entitled "Deposition
3  Topics," which -- you got it.  Okay.
4      Q.  So, Mr. Grant, have you seen this
5  document before today?
6      A.  I certainly have seen the subjects, the
7  listed subjects.
8      Q.  Right.  Right.  I understand that.
9  Okay.  And I'm just going to ask you about
10 whether you have knowledge of these subjects.
11     But before we begin, I was just
12 wondering if you had seen this list of subjects
13 before today.
14     A.  Yes.
15     Q.  You have?
16     A.  Yes.
17     Q.  Okay.  All right.  And so there's a
18 number of subjects listed here in the document,
19 and I just wanted to confirm whether you have
20 personal knowledge or whether you have in some
21 way acquired knowledge of these topics such that
22 you could answer questions about them today.

Page 18

1  Okay?
2      MR. CAPLAN:  The first 15 are on the
3  screen right now.
4      Do you want to just show the witness
5  the remaining topics if you're asking about all
6  of them?
7      MR. SAUNDERS:  Sure.  I'm not asking
8  about all of them yet.  I was just
9  introducing --
10     MR. CAPLAN:  Thank you.
11     MR. SAUNDERS:  -- the issue.  But yes,
12 Counsel, I guess the topics go on for a few
13 pages.
14     Q.  But are you able to say -- to save
15 time, if you've seen this document before today
16 and reviewed it, are you knowledgeable or do you
17 have information about each of these topics, or
18 are there any topics here that you don't have
19 information on?
20     I can go one by one, but I'm trying to
21 save time, Mr. Grant.
22     A.  [Inaudible.]

Page 19

1      Q.  I'm sorry?
2      A.  I would prefer that you go topic by
3  topic.
4      Q.  Okay.  Certainly.  All right.  So let's
5  begin with Topic No. 1.
6      And by way of background before we do
7  that, I would say that in addition to yourself
8  as a Plaintiff in the complaint in the lawsuit,
9  there are also two corporate -- two companies,
10 two corporate entities who are also Plaintiffs.
11     One is Greenheart Music Limited, a UK
12 company, and another is Greenheart Music, an
13 Antigua-Barbuda company; correct?
14     A.  Correct.
15     Q.  Okay.  So first let me ask you:  Can
16 you describe what Greenheart Music Limited UK
17 is?
18     A.  It is a company through which
19 Greenheart Music Antigua leases the rights to my
20 records, recordings and song copyrights.
21     Q.  Okay.  Who owns Greenheart Music
22 Limited UK?

Page 20

1      A.  I do.
2      Q.  You do solely?
3      A.  Absolutely.
4      Q.  Okay.  All right.  And so what is
5  Greenheart Music Limited Antigua?  What is that
6  company?
7      A.  Greenheart Music Limited Antigua owns
8  both sets of rights.
9      Q.  Okay.  So Greenheart Music Antigua owns
10 copyrights to the lyrics and musical recordings
11 and compositions of your songs; is that correct?
12     A.  Correct.
13     Q.  Okay.  And just to be -- to clarify a
14 little bit, so what is the function of
15 Greenheart Music UK?
16     A.  I've explained that already.
17     Q.  No, I understand that.
18     So how does Greenheart Music Limited
19 Antigua interact with Greenheart Music UK.
20     Do you understand what I'm asking?
21     A.  Yes.
22     MR. CAPLAN:  You can answer.

Case 1:20-cv-07103-JGK   Document 107-11   Filed 09/15/23   Page 4 of 6

5/20/2022         Edmund Grant, et al. v. Donald J. Trump, et al.    Edmund "Eddy" Grant

Page 21

1   What is the relationship between the
2   two entities is what he's asking.
3       THE WITNESS:  One is the agent of the
4   other.
5   BY MR. SAUNDERS:
6   Q.  Right.  Okay.
7       So UK is the agent of Antigua; is that
8   correct?
9   A.  Licensing, yes.
10  Q.  Okay.
11      MR. CAPLAN:  Got that answer?
12      I can't tell sometimes, when my client
13  is talking a little bit lower, if you're picking
14  up the answer.  He used the word "licensing."
15  Thank you.
16  BY MR. SAUNDERS:
17  Q.  Right.
18      So just to be clear, so Greenheart
19  Music UK is the licensee of Greenheart Music
20  Antigua; is that correct?
21  A.  That would be correct.
22  Q.  Okay.  Thank you.

Page 22

1       So referring back to the document that
2   I was showing you on the screen -- can we go
3   back to the 30(b)(6) deposition topics, please.
4   Thank you.
5       So let's go down the list.
6       No. 1, are you familiar with the
7   business of Greenheart Music UK; correct?
8   A.  Correct.
9   Q.  Okay.  And similarly, No. 2, the
10  business of Greenheart Antigua; correct?
11  A.  Correct.
12  Q.  Okay.  And are you able to speak to the
13  relationship between Greenheart UK, Greenheart
14  Antigua, and yourself; correct?
15  A.  Correct.
16  Q.  Okay.  And you're knowledgeable about
17  the creation of the composition, including but
18  not limited to the creation of the lyrics of the
19  composition --
20  A.  Absolutely.
21  Q.  -- right?
22  A.  Absolutely.

Page 23

1       MR. SAUNDERS:  And just to be clear for
2   the record, the definition of the composition is
3   the music and lyrics of the song "Electric
4   Avenue."  Just to be clear for the record.
5   Q.  And No. 5, are you knowledgeable on the
6   meaning of the lyrics and title of the
7   composition?
8   A.  I don't see the relevance.
9       MR. CAPLAN:  Just answer the question
10  right now.
11      THE WITNESS:  The meaning of the lyrics
12  of the --
13      MR. CAPLAN:  Yes.
14      THE WITNESS:  Sure.
15  BY MR. SAUNDERS:
16  Q.  Thank you.  6, the creation of the
17  recording of the song.
18      You're familiar with that; yes?
19  A.  Absolutely.
20  Q.  Right.
21      7, the ownership of the composition,
22  including any assignments made?

Page 24

1   A.  Correct.
2   Q.  Uh-huh.  Okay.
3       8, the ownership of the recording --
4   A.  Correct.
5   Q.  Yes?  Okay.
6       9, the filing and prosecution and
7   registration of the composition copyright, do
8   you have knowledge on that?
9   A.  By that do you mean that I actually
10  went and filed something somewhere?
11  Q.  Yes.  And this lawsuit, the issues in
12  the lawsuit, and the claims pertain only to the
13  United States.  So this topic refers to filing
14  in the United States.
15  A.  Either the licensees would have.  From
16  what I've seen --
17  Q.  Uh-huh.
18  A.  -- they have and they had.
19  Q.  Okay.  Okay.  So Topic 10 is the filing
20  and prosecution and registration of the
21  recording copyright.
22      You have some knowledge on that as

Case 1:20-cv-07103-JGK   Document 107-11   Filed 09/15/23   Page 5 of 6

5/20/2022          Edmund Grant, et al. v. Donald J. Trump, et al.    Edmund "Eddy" Grant

Page 37

1  Exhibit 2, please.
2       MR. SAUNDERS:  All right.  So we have
3  what I'm going to mark as Exhibit 2 to the
4  deposition.  It's a one-page document with a
5  production No. GRANT0152.
6       (Whereupon, Exhibit 2 was
7        marked for identification.)
8  BY MR. SAUNDERS:
9   Q.  Are you able to see that, Mr. Grant?
10  A.  Yes.
11  Q.  So at the bottom of the page -- it's a
12 one-page document -- is that your signature?
13  A.  Yes.
14  Q.  Okay.  So my question here is do you
15 know what the purpose of this document is?
16      MR. CAPLAN:  It's a yes or a no.
17      THE WITNESS:  Yes.
18 BY MR. SAUNDERS:
19  Q.  Okay.  Could you please explain why
20 this document was filed with the copyright
21 office.
22      MR. CAPLAN:  Other than anything that

Page 38

1  was explained to you by counsel.  If you have an
2  independent understanding, you can tell
3  Mr. Saunders.
4       THE WITNESS:  Counsel requested it, I
5  think.  Hence, it would have been gross, I think
6  is the word.
7  BY MR. SAUNDERS:
8   Q.  Okay.  So let's go over this.
9       So just to be clear, this is a
10 confirmatory assignment -- that's the title of
11 the document -- of rights under copyright.
12      And if you look at the fifth paragraph,
13 it says, "Grant" -- which is you -- "seeks to
14 clarify and confirm that Greenheart Antigua
15 holds sole and complete ownership of the
16 worldwide rights under copyright in the
17 composition and the recording."
18      Do you see that?
19  A.  Yes.
20  Q.  Okay.  And the composition is for the
21 song "Electric Avenue"?
22  A.  Correct.

Page 39

1   Q.  So other than counsel requesting that
2  this document be filed, do you have any
3  independent understanding of why this document
4  was created and filed in the copyright office?
5   A.  No.
6   Q.  Okay.  But does this confirm, as you
7  said earlier, that Greenheart Antigua holds the
8  sole and complete ownership and worldwide rights
9  under copyright to the composition in "Electric
10 Avenue"?
11  A.  Do I understand?  That is -- I've said
12 so before.
13  Q.  Okay.
14      MR. CAPLAN:  Objection.  The document
15 speaks for itself, also.
16      But over my objection, he's answered
17 anyway.
18 BY MR. SAUNDERS:
19  Q.  Okay.  Yeah, I was just asking is that
20 still the case today.
21      Is that still the case today?
22  A.  Yes.

Page 40

1   Q.  Okay.  And are you the sole owner of
2  Greenheart Music UK?
3   A.  Yes.
4   Q.  Okay.  So turning to the song,
5  "Electric Avenue," are you the author of the
6  lyrics of the song?
7   A.  Yes.
8   Q.  Are you the sole author, or did anyone
9  co-author the lyrics?
10  A.  Sole.
11  Q.  Okay.  And similarly, are you the
12 author of the musical composition for the song?
13  A.  Again, sole.
14  Q.  Sole.  Okay.
15      When was the song written?
16  A.  Late '82, I would imagine.
17  Q.  Okay.  And when was the song recorded?
18  A.  When?
19  Q.  Yes.
20  A.  Same time.
21  Q.  Okay.  Have you subsequently recorded
22 any other versions of that song, "Electric

Case 1:20-cv-07103-JGK   Document 107-11   Filed 09/15/23   Page 6 of 6

5/20/2022    Edmund Grant, et al. v. Donald J. Trump, et al.    Edmund "Eddy" Grant

Page 41

1  Avenue"?
2  A. Not me, no.
3  Q. So can you please explain what the song
4  is about.
5  A. Do I have to?
6  MR. CAPLAN: Objection on relevance.
7  But answer the question, please,
8  generally.
9  THE WITNESS: Generally, the song is a
10 protest song, in common vernacular, I suppose,
11 and that's about that. It was as far as that.
12 Songwriters don't, as a rule, sit there and
13 explain what did this thing mean, or people
14 would be having a lot of problems. Everyone
15 interprets a song in their own way.
16 BY MR. SAUNDERS:
17 Q. Well, certainly -- first I must say
18 that I am a huge fan of music, and I follow
19 many, many, many artists. So I certainly
20 understand your answer.
21 But I was wondering if you could
22 explain in a little bit more detail what

Page 42

1  inspired the song "Electric Avenue"?
2  A. Inspiration of the song "Electric
3  Avenue" would have had to have been the
4  sociological issues that were pertaining to
5  people within a certain area of London and
6  throughout other parts similar in England.
7  And the title of the song, which
8  actually existed before -- because it's a street
9  in one of those areas, being Brixton -- and in
10 the way that songwriters do, you find meaning in
11 words and images that those words create.
12 We can stay here all day, and I can go
13 round and round with this, but the bottom line
14 of it is that -- sorry. The bottom line of the
15 song is that it is a protest against social
16 conditions, and then I can pick out the words
17 to -- I mean, obviously you've got those words
18 there, I suppose.
19 "Now in the street there is violence,
20 and there's lots of work to be done," well, you
21 know, I could go a long -- you know, I mean, do
22 we have to?

Page 43

1  MR. CAPLAN: I think you've given a
2  good answer.
3  BY MR. SAUNDERS:
4  Q. No, we don't have to. I understand.
5  Thank you. I'm very familiar with Brixton, the
6  home of David Bowie and many others.
7  But is "Electric Avenue" a specific
8  reference to a place in Brixton?
9  A. It's not specific inasmuch as that
10 there are many Electric Avenues in the world. I
11 mean, there is one in Antigua. There are many
12 in the United States. I think everywhere that
13 there's been an electric company. There is one
14 now in -- where Elon Musk has got his factory in
15 Las Vegas or one of those places.
16 You know, it stands for something, and
17 I've created something that stands for something
18 else. So you have a street or many streets, and
19 it's become like or meeting in Heaven or meeting
20 in Hell. You've never been to Heaven, and
21 you've never been to Hell, but it connotes
22 something in your memory or in the collective

Page 44

1  memory of human beings to say, "You're going to
2  Hell." Where the hell is Hell, you know? Or
3  "We are going to Heaven." Well, where is
4  Heaven? Well, you're going to Electric Avenue.
5  Q. Okay. And I appreciate that answer.
6  But back in 1982 when you wrote the
7  lyrics for the song, were you referring
8  specifically to "Electric Avenue" in Brixton?
9  MR. CAPLAN: It's a yes or a no.
10 THE WITNESS: I never said that "I'm
11 going to Electric Avenue in Brixton." I said,
12 "We're going to Electric Avenue."
13 BY MR. SAUNDERS:
14 Q. Okay. So is your answer no, that you
15 weren't specifically referring to Electric
16 Avenue in Brixton?
17 A. That sounds like a trick question.
18 Q. No. I'm not -- listen, I'm not trying
19 to trick you. I'm just trying to get the facts.
20 A. Listen, I am black. I come out of
21 England. I have many friends and relatives in
22 Brixton, and Brixton is generally regarded as a