EXHIBIT 12

(https://www.musicbusinessworldwide.com/)

# SONY COMPLETES $2.3BN DEAL TO ACQUIRE EMI MUSIC PUBLISHING

**249**
SHARES

BY MURRAY STASSEN
(HTTPS://WWW.MUSICBUSINESSWORLDWIDE.COM/REGIONS/EUROPE/) (HTTPS://WWW.MUSICBUSINESSWORLDWIDE.COM/AUTHOR/MST

(HTTPS://WWW.MUSICBUSINESSWORLDWIDE.COM/REGIONS/ASIA/JAPAN/)

(HTTPS://WWW.MUSICBUSINESSWORLDWIDE.COM/REGIONS/NORTH-
AMERICA/USA/) NOVEMBER 14, 2018



**Sony has completed its $2.3bn acquisition (https://www.musicbusinessworldwide.com/sony-buys-60-stake-in-emi-music-publishing-for-2-3bn/) of EMI Music Publishing according to an SEC filing**

SIGN UP TO THE MBW NEWSLETTER

(https://www.sec.gov/Archives/edgar/data/313838/000115752318002428/a51899979.htm)
posted today (November 14).

Sony Corp (https://www.musicbusinessworldwide.com/companies/sony/)'s takeover of EMI
Music Publishing was given the green light (https://www.musicbusinessworldwide.com/sony-
takeover-of-emi-music-publishing-gets-green-light-in-europe/) by European regulators without
any alteration on October 26.

The closing of the $2.3bn deal means that Sony is acquiring the final 60% of EMI, which
becomes a wholly-owned subsidiary of Sony.

Other companies wholly owned by Sony Corp include **Sony/ATV Music Publishing
(https://www.musicbusinessworldwide.com/companies/sony/sony-music-group/sony-music-
publishing/)** – into which EMI Music Publishing is now expected to merge – plus **Sony Music
Entertainment (https://www.musicbusinessworldwide.com/companies/sony/sony-music-
group/sony-music-entertainment/)**.

Sony already owns 30% in EMI Music Publishing and is buying the final 10% from the Jackson
Estate for $287.5m. (https://www.musicbusinessworldwide.com/sony-corp-snaps-up-remaining-
10-stake-in-emi-music-publishing-from-jackson-estate/)

The remaining 60% equity interest in EMP has been acquired from investor consortium led by
Mubadala Investment Company for the equity purchase price of $2.3bn, based on an enterprise
value of $4.75bn.

According to the SEC filing, Sony has also assumed EMI's existing interest-bearing debt of
approximately $1.3bn as a result of the acquisition, of which $960m was repaid immediately
from Sony's existing cash.

"As a result of this acquisition, Sony expects to record additional operating income of
approximately ¥105 billion (approximately $925m), representing a non-cash step-up gain for the
approximately 40% equity interest in EMI that Sony already owned and reflecting costs relating to
the acquisition, in the Music segment in the third quarter of the fiscal year ending March 31,
2019," said a statement in today's filing.

In May 2018, Independent music trade body IMPALA
(https://www.musicbusinessworldwide.com/companies/impala/) raised concerns
(https://www.musicbusinessworldwide.com/impala-raises-concerns-over-sony-and-emi-deal/)
over the "excessive bargaining power" Sony will have should its buyout of EMI Music Publishing
go through.

☐ NEWS (/CATEGORY/NEWS/)          ☐ EUROPE (HTTPS://WWW.MUSICBUSINESSWORLDWIDE.COM/REGIONS/EUROPE//)

☐ JAPAN (HTTPS://WWW.MUSICBUSINESSWORLDWIDE.COM/REGIONS/ASIA/JAPAN//)

☐ UNITED STATES (HTTPS://WWW.MUSICBUSINESSWORLDWIDE.COM/REGIONS/NORTH-AMERICA/USA//)          ☐ EMI (/TAG/EMI/)

☐ SONY (/TAG/SONY/)

## RELATED POSTS



(https://www.musicbusinessworldwide.com/years-ago-managers-and-execs-thought-that-banging-desks-was-a-good-way-to-get-things-done-i-dont-think-it-is/)



9/7/23, 10:34 AM
Sony completes $2.3bn deal to acquire full ownership of EMI Music Publishing - Music Business Worldwide

Case 1:20-cv-07103-JGK   Document 109-1   Filed 09/15/23   Page 5 of 5

(https://www.musicbusinessworldwide.com/universal-music-uks-emi-records-launches-new-label-emi-north-led-by-clive-cawley/)



(https://www.musicbusinessworldwide.com/artists-know-best-trust-them-and-they-will-usually-steer-you-in-the-right-direction/)



(https://www.musicbusinessworldwide.com/sony-is-back-in-business-with-tommy-mottola-via-launch-of-22-publishing-in-partnership-with-neon161/)