# EXHIBIT 13

https://twitter.com/realDonaldTrump/status/1293722878882598914 Go
29 captures
13 Aug 2020 – 22 Sep 2020
JUL AUG SEP
13
2019 2020 2021
About this capture

Home Abo ccount? Log in

Donald J. T
@realDonaldTrum
45th President of
America
Washington, D
Instagram.com
Joined March

**Donald J. Trump** @realDonaldTrump Follow

6:35 PM - 12 Aug 2020

**65** Retweets **203** Likes

39 65 203

**kevin abosch** @kevinabosch · 30s
Replying to @realDonaldTrump

> **kevin abosch** @kevinabosch
> If David Duke were a ventriloquist, his dummy would sound just like @realDonaldTrump

1

**Xen** @NoX12558024 · 29s
Replying to @realDonaldTrump
Cool

**Wolf of Brightseat** @p_andre33 · 21s
Replying to @realDonaldTrump

The media could not be played.

https://twitter.com/realDonaldTrump/status/1293722878882598914 Go
29 captures
13 Aug 2020 – 22 Sep 2020
JUL AUG SEP
13
2019 2020 2021
About this capture

Home Ab…

…ccount? Log in

Donald J. T…
@realDonaldTrum…

45th President of
America🇺🇸

Washington, D…
Instagram.com…
Joined March

**Donald J. Trump** ✓
@realDonaldTrump

Follow

6:35 PM - 12 Aug 2020

**65** Retweets **203** Likes

DREAM

39 65 203

**kevin abosch** ✓ @kevinabosch · 30s
Replying to @realDonaldTrump

> **kevin abosch** ✓ @kevinabosch
> If David Duke were a ventriloquist, his dummy would sound just like @realDonaldTrump

1

**Xen**🇺🇸 @NoX12558024 · 29s
Replying to @realDonaldTrump
Cool

**Wolf of Brightseat** @p_andre33 · 21s
Replying to @realDonaldTrump

The media could not be played.



