EXHIBIT 15

**PRODUCED IN NATIVE**