# Exhibit A

**Van Benthysen, Brett**

| | |
|---|---|
| **From:** | Darren Saunders <dsaunders@peroffsaunders.com> |
| **Sent:** | Friday, March 25, 2022 3:26 PM |
| **To:** | Caplan Brian D. |
| **Cc:** | Van Benthysen, Brett |
| **Subject:** | Re: Grant v. Trump |

**ALERT:** This message originated outside of your network. BE CAUTIOUS before clicking any link or attachment.

I am informed that Mr. Trump is willing to testify at a deposition subject to a two-hour time limitation. Please advise whether you intend to take the deposition in person (in West Palm Beach) or remotely. Please let me know a few proposed dates on or after April 11 for the deposition.

Best regards,
Darren



Darren W. Saunders | Partner

**PEROFF SAUNDERS P.C.**
745 5th Avenue Suite 500 | New York, NY 10151
Tel: 646.898.2030 | Direct: 646.898.2052
dsaunders@peroffsaunders.com
LinkedIn| www.peroffsaunders.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Mar 24, 2022, at 8:41 PM, Caplan Brian D. <Bcaplan@reitlerlaw.com> wrote:


You were going to confirm to me that you would be producing Mr. Trump for deposition subject to reasonable conditions.
I do not want to seek an extension of time until that issue is buttoned down.
Then we can make the joint application early next week.

Best wishes, Brian

Brian D. Caplan
Reitler Kailas & Rosenblatt LLP
885 Third Avenue, 20th Floor
New York, New York 10022

Main: 212-209-3050
Direct: 212-209-3059
Mobile: 914 260-8552
Fax: 212-371-5500
Email: bcaplan@reitlerlaw.com
www.reitlerlaw.com

This e-mail (including any attachments) is intended only for the exclusive use of the individual[s] to whom it is addressed. The information contained herein or attached hereto may be proprietary, confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby on notice that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone (212-209-3050) or e-mail and delete all copies of this e-mail and any attachments. Thank you.

**From:** Darren Saunders <dsaunders@peroffsaunders.com>
**Sent:** Thursday, March 24, 2022 6:31:41 PM
**To:** Caplan Brian D. <Bcaplan@reitlerlaw.com>
**Subject:** Re: Grant v. Trump

**ALERT:** This message originated outside of your network. BE CAUTIOUS before clicking any link or attachment.

Further to our call of yesterday, I suggest that we adjourn all of the dates for the depositions and submit a joint request to the Court for a two- month extension of the discovery deadline.  This will allow us time to resolve any issues that may arise with respect to the deposition of President Trump ,a 30 (b)(6) witness for plaintiff Greenheart and any logistical issues that may need to be addressed.  Please let me know if you agree.



Darren W. Saunders | Partner

**PEROFF SAUNDERS P.C.**
745 5th Avenue Suite 500 | New York, NY 10151
Tel: 646.898.2030 | Direct: 646.898.2052
dsaunders@peroffsaunders.com
LinkedIn| www.peroffsaunders.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Jan 26, 2022, at 9:00 AM, Caplan Brian D. <Bcaplan@reitlerlaw.com> wrote:

I can do 12:30.

**Brian D. Caplan**
Reitler Kailas & Rosenblatt LLP
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Direct: 212-209-3059
Fax: 212-371-5500
Email: bcaplan@reitlerlaw.com

*This e-mail (including any attachments) is intended only for the exclusive use of the individual[s] to whom it is addressed. The information contained herein or attached hereto may be proprietary, confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby on notice that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone (212-209-3050) or e-mail and delete all copies of this e-mail and any attachments.  Thank you.*

**From:** Darren Saunders <dsaunders@peroffsaunders.com>
**Sent:** Wednesday, January 26, 2022 8:59 AM
**To:** Caplan Brian D. <Bcaplan@reitlerlaw.com>
**Subject:** Re: Grant v. Trump

**ALERT:** This message originated outside of your network. BE CAUTIOUS before clicking any link or attachment.

Sorry I need to push our call back to noon or after. Let me know what works for you. Thanks



Darren W. Saunders | Partner

**PEROFF SAUNDERS P.C.**
745 5th Avenue Suite 500 | New York, NY 10151
Tel: 646.898.2030 | Direct: 646.898.2052
dsaunders@peroffsaunders.com
LinkedIn| www.peroffsaunders.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Jan 25, 2022, at 8:27 AM, Caplan Brian D. <Bcaplan@reitlerlaw.com> wrote:

Great.
Talk then.

Brian D. Caplan
Reitler Kailas & Rosenblatt LLC
885 Third Avenue, 20th Floor
New York, New York 10022

Main: 212-209-3050
Direct: 212-209-3059
Mobile: 914-260-8552
Fax: 212-371-5500
Email: bcaplan@reitlerlaw.com
www.reitlerlaw.com

This e-mail (including any attachments) is intended only for the exclusive use of the individual[s] to whom it is addressed. The information contained herein or attached hereto may be proprietary, confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby on notice that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone (212-209-3050) or e-mail and delete all copies of this e-mail and any attachments. Thank you.

---

**From:** Darren Saunders <dsaunders@peroffsaunders.com>
**Sent:** Tuesday, January 25, 2022 8:27:01 AM
**To:** Caplan Brian D. <Bcaplan@reitlerlaw.com>
**Subject:** Re: Grant v. Trump

**ALERT:** This message originated outside of your network. BE CAUTIOUS before clicking any link or attachment.

Ok. I will call you tomorrow at 10:00.



Darren W. Saunders | Partner

**PEROFF SAUNDERS P.C.**
745 5th Avenue Suite 500 | New York, NY 10151
Tel: 646.898.2030 | Direct: 646.898.2052
dsaunders@peroffsaunders.com
LinkedIn| www.peroffsaunders.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Jan 25, 2022, at 7:42 AM, Caplan Brian D. <Bcaplan@reitlerlaw.com> wrote:


I am in an all day deposition today.
Can we talk tomorrow at 10:00 or 2:00?

Brian D. Caplan
Reitler Kailas & Rosenblatt LLP
885 Third Avenue, 20th Floor
New York, New York 10022

4

Main: 212-209-3050
Direct: 212-209-3059
Mobile: 914 260-8552
Fax: 212-371-5500
Email: bcaplan@reitlerlaw.com
www.reitlerlaw.com

This e-mail (including any attachments) is intended only for the exclusive use of the individual[s] to whom it is addressed. The information contained herein or attached hereto may be proprietary, confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby on notice that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone (212-209-3050) or e-mail and delete all copies of this e-mail and any attachments. Thank you.

**From:** Darren Saunders <dsaunders@peroffsaunders.com>
**Sent:** Monday, January 24, 2022 11:43:36 AM
**To:** Caplan Brian D. <Bcaplan@reitlerlaw.com>
**Subject:** Re: Grant v. Trump

**ALERT:** This message originated outside of your network. BE CAUTIOUS before clicking any link or attachment.

Ok. I can speak tomorrow afternoon. Let me know a good time to reach you.  Thank you.

Best regards,
Darren



Darren W. Saunders | Partner

**PEROFF SAUNDERS P.C.**
745 5th Avenue Suite 500 | New York, NY 10151
Tel: 646.898.2030 | Direct: 646.898.2052
dsaunders@peroffsaunders.com
LinkedIn| www.peroffsaunders.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

On Jan 21, 2022, at 4:45 PM, Caplan Brian D. <Bcaplan@reitlerlaw.com> wrote:

My clients have authorized me to make a settlement demand if you want to get on a call to discuss.

Best wishes, Brian

Brian D. Caplan
Reitler Kailas & Rosenblatt LLP
885 Third Avenue, 20th Floor
New York, New York 10022
Main: 212-209-3050
Direct: 212-209-3059
Mobile: 914 260-8552
Fax: 212-371-5500
Email: bcaplan@reitlerlaw.com
www.reitlerlaw.com

This e-mail (including any attachments) is intended only for the exclusive use of the individual[s] to whom it is addressed. The information contained herein or attached hereto may be proprietary, confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby on notice that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone (212-209-3050) or e-mail and delete all copies of this e-mail and any attachments. Thank you.