UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDMOND GRANT, ET AL.,

                Plaintiffs,

      - against -

DONALD J. TRUMP, ET AL.,

                Defendants.

20-cv-7103 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The defendants have submitted a request that various documents submitted in connection with the plaintiffs' Motion for Summary Judgment remain under seal. ECF No. 110. The plaintiffs oppose the application. ECF No. 111. The defendants have failed to make the specific showing with respect to the documents and excerpts that those documents and excerpts are needed to remain confidential to preserve the possibly legitimate purposes of sealing court documents and that sealing is narrowly tailored to meet such a purpose.

The parties should meet and confer with respect to the requested sealing. With respect to any remaining request for sealing, the defendants should explain with specificity and authority for each requested sealing the legitimate purpose to be accomplished by sealing and why it is narrowly tailored to meet such a need.

The defendants should make such a submission by **October 6, 2023.** The plaintiffs may respond by **October 13, 2023.**

SO ORDERED.

Dated:    New York, New York
           September 25, 2023

                    John G. Koeltl
             United States District Judge