# EXHIBIT B-1

EXHIBIT 22

Page 1

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA


EDMOND GRANT, GREENHEART MUSIC LIMITED, )
          Plaintiff                     )
v.                                      )Civil Action No.
DONALD J. TRUMP,                        )1:20-cv-07103
DONALD J. TRUMP FOR PRESIDENT, INC.     )
          Defendant.                    )



                    *  *  *  *  *  *  *

            CONTAINS CONFIDENTIAL INFORMATION

    VIDEOTAPED DEPOSITION OF DANIEL J. SCAVINO, Jr.

        Friday, February 3, 2023, 3:06 p.m. EDT

                ZOOM VIDEOCONFERENCE




                MAGNA LEGAL SERVICES
                   (866)624-6221
                   www.MagnaLS.com





**Page 18**

1 [redacted]

**Page 19**

1 [redacted]

**Page 20**

1 [redacted]

11    Q    When you were at the White House working for
12 -- working under the EOP, what was your title?
13    A    In the White House, I was Director of Social
14 Media and Assistant to the President.  In 2019 there
15 was a title of Director of Digital -- Director of
16 Digital.
17    Q    What was your title in 2020?
18    A    '20 -- In 2020, in April of -- and then in
19 April of 2020, director -- I'm sorry.  Deputy Chief of
20 Staff for Communications in -- it was April or May of
21 2020.

**Page 21**

1    Q    Through -- when did that title end?
2    A    January 20th, 2021.
3    Q    And so in 2020, what were your roles and
4 responsibilities as the Director of Communications
5 that you just mentioned you started in April?
6    A    [redacted]
12    Q    As part of your job in 2020 as Director of
13 Communications, did you consult with copyright,
14 trademark or patent attorneys?
15    A    No.
16    Q    In 2020, did you -- strike that.  In 2020,
17 were you employed by a company called Donald J. Trump
18 for President, Inc.?
19    A    In when?  I'm sorry.
20    Q    In 2020, were you also employed by a company
21 called Donald J. Trump for President, Inc.?



Page 22

1  A   No, I was not employed by anybody other than
2  the EO -- the Executive Office of the president.
3  Q   Did you do any work for a company or with a
4  company called Donald J. Trump for President, Inc. In
5  2020?
6  A   No.
7  Q   ████████████████████████████████████
   ██  ████████  █████
10 Q   Now, prior to being hired by the EOP, you
11 worked for Donald J. Trump for President, what was
12 your role when you were hired in that job and you said
13 that began in or about June of 2015?
14 A   ████████████████████████████
   ██ █████████████████████████████████
   ██ ██████████████████████████
   ██ ████████████████████████
18 Q   And that was for the purpose to assist in
19 the presidential bid for Mr. Trump; correct?
20 A   That was -- that's correct, yes.
21 Q   And at the time you were working for Donald

Page 23

1  J. Trump for President, were you a W-2 employee or a
2  1099 contractor or both?
3  A   What year is this?  I'm sorry.
4  Q   That would have been when you were working
5  for Donald J. Trump for President, in or about June of
6  2015 until you became a member of the EOP?
7  A   █████
8  Q   And in your role for Donald J. Trump for
9  President, from on or about June of 2015 until January
10 of 2017, did you consult with any copyright, trademark
11 or patent attorneys?
12 A   ████████████████████████
   ██ ██████████████████████████████████████
   ██ ██████████████████████████████████
   ██ ██████████████████
17 Q   Do you recall what that process was?
18 A   █████████████████████████████████
19 ███████████████████
20 Q   Yes, sir.
21 A   █████████████████████████████████

Page 24

1  ████████████████████████████████████████
   ██ ████████████████████████████████████████
   ██ ████████████████████████████████████████
   ██ ████████████████████████████████████████
   ██ ████████████████████████████████████████
   ██ ████████████████████████████████████████
   ██ ████████████████████████████████████████
8  Q   Do you remember any of the individuals that
9  were involved in the process?
10 A   No.
11 Q   Did part of the process involve having
12 attorneys review the materials to determine copyright
13 and trademark law compliance?
14 A   ████████████████████████████████
   ██ ███████████████████████████████████████
   ██ █████████████████████████████████████
18 MR. WOODARD:  Hey, Brad, I'm sorry to
19 interpret but I assume I'm not the one to be objecting
20 here, that that would be Darren and his crew?  That
21 would be your position?

Page 25

1  MR. VAN BENTHYSEN:  That would be my
2  position.
3  MR. WOODARD:  Yeah.  Okay.  All right.  I
4  would have objected to the form but it's not my case.
5  Go ahead.
6  MR. SAUNDERS:  Well, yes.  I mean, Stanley,
7  you certainly have the right to object but since
8  you're representing the witness and we have the right
9  to object on behalf of the Defendants.
10 MR. WOODARD:  There you are, Darren, I just
11 wanted to make sure you were with us.
12 MR. VAN BENTHYSEN:  Good tip, Stanley.
13 BY MR. VAN BENTHYSEN:
14 Q   When you were communications director for
15 the White House, and let's -- let's stay focused on
16 the year of 2020 --
17 A   Mm-hmm.
18 Q   -- what were your roles and responsibilities
19 with respect to social media?
20 A   █████████████████████████████
   ██ █████████████████████████████████████████

MAGNA ▶
LEGAL SERVICES



Page 26

1  ▮▮▮▮▮▮▮▮
2      Q   And did there come a time when -- well, let
3  me go back.  And that would be to promote the -- the
4  Trump presidency; correct?
5      A   ▮▮▮▮▮▮▮▮▮
6  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7  ▮▮▮
8      Q   So it would have been his presidency, would
9  it have been his reelection campaign in 2020 as well?
10     A   ▮▮▮▮▮▮▮▮
11 ▮▮▮▮▮▮▮▮▮▮▮
12 ▮▮▮▮▮▮▮▮▮▮
13     Q   But there were communications that were
14 intended for his reelection campaign?
15     A   ▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮
17 ▮▮▮▮▮
18     Q   Do you know when the entity Donald J. Trump
19 for President, Inc. was formed?
20     A   I do not, no.
21     Q   Do you know ion or about 2020 who the

Page 27

1  officers and directors of the company were?
2      A   Of --
3      Q   Donald J. Trump for President, Inc.?
4      A   The officers?
5      Q   The officers and/or directors?
6      A   I don't know the organizational chart or how
7  it worked.  There were a lot of people.  I know who
8  the campaign manager was.  I don't know if that's
9  considered an officer or director.
10     Q   Well, who was the campaign manager?
11     A   ▮▮▮▮▮▮▮
12     Q   And was he the campaign manager in 2020?
13     A   ▮▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮
17     Q   Okay.  How many people would you estimate
18 that the company employed in 2020?
19     A   The company would --
20     Q   The Company meaning Donald J. Trump for
21 President, Inc.

Page 28

1      A   I have no idea.  I have no idea.  I couldn't
2  give you a number.
3      Q   That's okay.  Don't guess.
4      A   Yeah.  Sorry.
5      Q   Do you know if the company had in-house
6  general counsel?
7      A   ▮▮▮▮▮▮▮▮▮
8      Q   I'm sorry.  You broke up a little bit.
9  Could you just say that one more time?
10     A   ▮▮▮▮▮▮▮▮
11     Q   And who was that?
12     A   ▮▮▮▮▮▮▮
13 ▮▮▮▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮
15     Q   And do you recall if they were acting as
16 general counsel in 2020?
17     A   ▮▮▮▮▮▮
18     Q   Was the purpose of the company Donald J.
19 Trump for President, Inc. to support Mr. Trump's bid
20 for election and reelection?
21     A   In 2020?

Page 29

1      Q   In 2020?
2      A   Yeah.
3      Q   Did it have any -- did it have any other
4  business purposes?
5      A   It was for his -- for his reelection.
6      Q   And you said that -- you mentioned the name
7  ▮▮▮ as the campaign manager?  What was his last name
8  again?
9      A   ▮▮▮▮▮
10     Q   Did ▮▮▮▮ run the
11 day-to-day operations of the company in 2020?
12     A   ▮▮▮▮▮▮▮
13 ▮▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮
17 ▮▮▮▮▮▮
18     Q   Do you know if the company prepared campaign
19 materials for Mr. Trump?
20     A   ▮▮▮▮▮▮▮
21     Q   I'm sorry.  I'll rephrase.  Do you know if

MAGNA ◆
LEGAL SERVICES



Page 30

1  the company prepared campaign materials for
2  Mr. Trump's reelection in the form of advertisements,
3  social media posts, videos, et cetera.
4      A  ███████████████
5      Q  And do you know who at that company -- who
6  at the company would have been preparing those
7  materials?  And If we can keep it focused on 2020.
8      A  ████████████████████████
   ██████████████████████████████████
   ██████████████████████████████
   ████
13     Q  Do you know if Donald J. Trump for
14  President, Inc. had its own Twitter handle?
15     A  ████████████████████
   ████████████████████
17     Q  And that would be distinct from the Twitter
18  handle @realDonaldTrump which was as far as I
19  understand Mr. Trump's personal Twitter handle;
20  correct.
21     A  ████████████████████████████

Page 31

1  █████████████████████████████████
   ████████████████████████
   ████████████████████████
   ██████████████████████
6      Q  The -- other than ███████ which you
7  mentioned, can you identify what the other platforms
8  were?
9      A  What?  For the campaign?
10     Q  For the campaign, yes.
11     A  ████████████████████████
   █████████████████████████████
   █████████████████████████████
   ████████████████████████
   ██████████████████████████████
18     Q  Now, when you were working in the White
19  House in 2020, did you have any access to the campaign
20  platforms?
21     A  ███████████

Page 32

1      Q  And do you know when you were working for
2  the White House in 2020, if the campaign had any
3  access to Mr. Trump's @realDonaldTrump account?
4      A  ██████████████
5      Q  Do you know when the Twitter account
6  @realDonaldTrump was first opened?
7      A  I don't want to give you -- it says created
8  on -- it says it right on his profile right now.  I
9  just -- I don't know the day was it --
10     Q  If you don't know, don't guess.  That's
11  okay.
12     A  Yeah.
13     Q  I'll ask another question.
14     A  It says it on the platform.
15     Q  I can look.
16     A  Okay.
17     Q  Did you open that account?
18     A  I did not.
19     Q  █████████████████████████████
   ████████████
   ██████████████

Page 33

1      Q  █████████████████████████
   █████████████████████
   ██████████████████
   ████████████████████████████
   ██████████████
   ████████████████████████
   ███████████████████████████
   ██████████████████████████
   ████████████████████
   ████████████████████████████████
   ████████████████
   ██████████████████████████
   █████████████████████████████
   ██████████████████████████████
   █████████████████████████████
   ████████████
   █████████████████████





Page 34

11    Q   Do you recall how many followers that
12  Twitter account @realDonaldTrump had in August of
13  2020?
14    A   75, 80 million.  I don't recall an exact
15  number.
16    Q   But you think it was in the high eight
17  figures?
18    A   Yeah.

Page 35

Page 36

Page 37



Page 38

1  Q

Page 39

1

12      MR. SAUNDERS:  Objection.  Vague and
13  ambiguous.
14      BY MR. VAN BENTHYSEN:
15      Q

Page 40

1  A

Page 41

1  Q





Page 42

1
15    MR. SAUNDERS:  Objection.
16    MR. VAN BENTHYSEN:  You can answer?
17    MR. SAUNDERS:  Objection to the form of the
18 question.
19    BY MR. VAN BENTHYSEN:
20    Q   You can answer, Mr. Scavino.
21    A   Can you ask it again?  I'm sorry.

Page 43

1    MR. VAN BENTHYSEN:  Can I ask that the
2 question be read back?
3    THE DEPONENT:  Thanks.  Sure thing.  One
4 second.  So sorry.
5    (The record was read as requested.)
6    THE DEPONENT:
14    BY MR. VAN BENTHYSEN:
15    Q

Page 44

1
3    Q   Well, let's talk about that a little bit.
4    A   Mm-hmm.
5    Q

Page 45

1
4    MR. WOODARD:  Dan, You've got to answer yes
5 or no.
6    THE DEPONENT:
8    BY MR. VAN BENTHYSEN:
9    Q



Page 46

Page 47

```
1    A
                                    MR. WOODARD:  Counsel, can I -- can we just
5    specify the handle there?
6
7           BY MR. VAN BENTHYSEN:
8    Q
9           MR. WOODARD:
10          BY MR. VAN BENTHYSEN:
11   Q   Mr. Scavino, I believe your answer was no?
12   A
13   Q   Correct.
14   A
16   Q   Well, That was going to be my next question.
17
```

Page 48

Page 49

```
1    J.
2           A   Mm-hmm.
3           MR. VAN BENTHYSEN:  Let me just see if I
4    remember how to do this.
5           THE DEPONENT:  Is there another screen here
6    that I'm not looking --
7           MR. VAN BENTHYSEN:  I'm going to share my
8    screen with you.  Just give me a minute.
9           THE DEPONENT:  Got you.
10          MR. VAN BENTHYSEN:  I'm also going to post
11   it to the chat if anyone wants to download it for the
12   Defendants and Stanley.  And I'll share my screen now?
13          (Plaintiff's Exhibit 6 was marked for
14   identification.)
15          BY MR. VAN BENTHYSEN:
16   Q   Mr. Scavino, do you see the picture of a
17   tweet of my computer screen right now?
18   A   Yes.
19   Q   I'm going to mark this as Plaintiff's
20   Exhibit 6.  We marked 1 through 5 previously, so I'm
21   going to mark this as 6.
```

MAGNA
LEGAL SERVICES



**Page 50**

1    Is this a copy of a tweet on
2  @realDonaldTrump from August 12, 2020?
3    A   Yes.
4    Q

**Page 51**

1    A

                                    I have the
11  video.  Which I'll show you.  If you want to wait
12  until I show you the video, to answer that question,
13  we can do that?
14    A

**Page 52**

1    A

19    Q   I'm going to show you -- I can take that
20  down now --
21    MR. WOODARD:  Hey, Brad, I'm sorry to

**Page 53**

1  interrupt.  Before you do that, could we just clarify,
2  when you said a copy of a tweet, it looks like it's
3  from the Way Back Machine.  I assume you don't dispute
4  that?
5    MR. VAN BENTHYSEN:  I'm sorry, Stanley.
6  Could you say that again?
7    MR. SAUNDERS:  Yeah, you faded Stanley.  I
8  couldn't hear you either.
9    MR. WOODARD:  Could you post -- put the
10  exhibit back, please?
11    MR. VAN BENTHYSEN:  Sure.
12    MR. WOODARD:  I just want to make clear for
13  the record, Counsel, that this appears to be from the
14  Way Back Machine.
15    MR. SAUNDERS:  I can't see.  Hold on.
16    MR. WOODARD:  -- as opposed to a copy from
17  Twitter.
18    MR. SAUNDERS:  I can't tell but, for the
19  record, can you identify where this exhibit came from?
20    MR. VAN BENTHYSEN:  Well, Darren, I believe
21  this was the image that was contained in one of your

Page 62

1    THE DEPONENT:  My recollection is the video
2  -- it was just the video in the feed.  We --
3    BY MR. VAN BENTHYSEN:
4    Q    In the Twitter app or web application feed?
5    A    It was just a video that -- that would play.
6  There was no redirect to anything.  There wasn't like
7  links to go to other things if you watch the video, if
8  that's I think what you are asking me?
9    Q    Yeah.  So if you clicked play on the video,
10  it played in the -- when you were on the Twitter app
11  it would play directly from the Twitter app it
12  wouldn't send you to a YouTube video, would it?
13    A    No --
14    MR. SAUNDERS:  Hold on.  I want to make sure
15  that the question is clear.  Are you just talking
16  generally or specific to the video in the litigation?
17    MR. VAN BENTHYSEN:  I'm talking specific to
18  the video in the litigation.
19    MR. SAUNDERS:  Okay.
20    BY MR. VAN BENTHYSEN:
21    Q    When you clicked on the video in the August

Page 63

1  12 link, were you redirected to YouTube or Facebook or
2  any other application or did it play from the Twitter
3  --
4    A    It just played from the Twitter app just on
5  Twitter because it was the upload of a direct embed of
6  just the video with no re-- I know what you're -- what
7  you're talking about but there was no send -- watch
8  the video with options to click to different platforms
9  to watch it elsewhere or to redirect anything.  It was
10  just the video in the feed.
11    Q    Okay.  All right.  Thank you for that.  Are
12  you familiar with the song Electric Avenue by Eddy
13  Grant.
14    A    I am now.
15    Q    Were you familiar with the song before
16  August of 2020?
17    A    Somewhat.  Somewhat.  I mean, I've heard it
18  before.
19    Q    ████████████████████████████████████
20  ████████████████████████████████████
21    MR. SAUNDERS:  Hold on a second.  I didn't

Page 64

1  hear the question.
2    MR. VAN BENTHYSEN:  Can you read back the
3  question, please, Ms. Alexis?
4    THE REPORTER:  Sure thing.  One moment.
5    (The record was read as requested.)
6    MR. SAUNDERS:  Okay, I'm good now.  Thank
7  you.
8    BY MR. VAN BENTHYSEN:
9    Q    You can answer, Mr. Scavino?
10    A    I knew the -- I've heard the music before or
11  the theme to the music but didn't honestly think all
12  too much about it.  But I was familiar -- I've heard
13  that before, you know, that song.
14    Q    ████████████████████████████████
████████████████████████████████████████
████████████████████████
████████████
████████████████████████
████████████████████████
████████████████████████

Page 65

1  ████████████████████████████████████
████████
████████
████████
5    MR. SAUNDERS:  Objection.
6    MR. VAN BENTHYSEN:  I'll clarify that.  I'll
7  clarify it.
8    BY MR. VAN BENTHYSEN:
9    Q    ████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████
20    Q    Do you know what a fair use analysis is?
21    A    Not really.



MAGNA
LEGAL SERVICES



**Page 66**

1    Q   Do you have any idea?

2    A   I've heard it before.

3        MR. SAUNDERS:  Objection.  It's a -- go

4    ahead.  I object.  It's a legal term.  Legal doctrine.

5        BY MR. VAN BENTHYSEN:

6    Q   Where had you heard it before, Mr. Scavino?

7    A   Probably in reading stuff, reading news

8    articles or on TV or maybe some other since this

9    lawsuit has come about maybe I've read it in those

10   stories or articles somewhere but I have no idea what

11   fair use is.

12   Q

**Page 67**

17       MR. SAUNDERS:  For any purpose?  His own --

18       BY MR. VAN BENTHYSEN:

19   Q

**Page 68**

1    A

**Page 69**

2    Q   Okay.  Do you know what a take-down notice

3    is?

4    A   Sounds like a notice to take something down.

5        MR. SAUNDERS:  No -- not what it sounds

6    like.  If you know, you know.  If you don't, you

7    don't.

8        THE DEPONENT:  I'm sorry.  I can't hear.

9        MR. WOODARD:  He's trying to say that -- it

10   actually doesn't matter, Dan.  You can answer if --

11   you can answer --

12       MR. VAN BENTHYSEN:  There's no question

13   pending right now.  I'm going to share my screen.

14   There's no question pending.

15       MR. WOODARD:  Let's keep going here.

16       MR. VAN BENTHYSEN:  I agree.

17       (Plaintiff's Exhibit 7 marked for

18   identification.)

19       BY MR. VAN BENTHYSEN:

20   Q   I'm going to attach what I'll mark as

21   Plaintiff's Exhibit 7.  It's Bates stamped Grant 0181,

MAGNA ►
LEGAL SERVICES

Page 74

```
1   going to wrap this up very quickly.
2          I only have a handful of questions left.  I
3   just want to go through my outline and notes to make
4   sure I didn't miss anything.
5          MR. SAUNDERS:  And before we go off, though
6   I just want to clear that we want to make sure that
7   the transcript and the video are designated as
8   confidential.
9          MR. WOODARD:  We are certainly going to
10  request that at the end of the deposition.
11         MR. SAUNDERS:  Yeah.
12         MR. VAN BENTHYSEN:  I don't think everything
13  would be confidential but for present purposes, I can
14  agree to that.  That's fine.  Okay.  Back in 10.
15         THE VIDEOGRAPHER:  We're off the record.
16  The time is 4:36.
17         (Recess taken at 4:36 p.m.)
18         THE VIDEOGRAPHER:  We are back on the
19  record.  The time is 4:48.
20         BY MR. VAN BENTHYSEN:
21  Q   I just have a few additional questions,
```

Page 75

```
1   Mr. Scavino, and we'll be done here.
2
3
4
5          MR. SAUNDERS:  Hold on.  You have a lot in
6   there.  Can I ask to have that read back, please?
7          MR. VAN BENTHYSEN:  Ms. Alexis, can you read
8   that back, please?  Just the question.
9          THE REPORTER:  Sure thing.  One moment.
10         (The record was read as requested.)
11         MR. VAN BENTHYSEN:  You good, Darren?
12         MR. SAUNDERS:  Okay.
13         BY MR. VAN BENTHYSEN:
14  Q   Mr. Scavino, you can answer.
15  A
16
17
18
19
20
21
```



Page 76



Page 77

```
1
2
3
4
5
6
7
8
9
10
11
12
13  Q   Have you ever been a Plaintiff or a
14  Defendant in a copyright infringement lawsuit?
15  A   No.
16  Q
17
18
19
20         MR. VAN BENTHYSEN:  I have no further
21  questions.  Mr. Scavino, thank you so much for your
```

