# EXHIBIT C-1

# EXHIBIT 18

# FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Mike Hahn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1F74EFC24B134C13AB72C64D27F6956C-MHAHN] |
| **Sent:** | 9/1/2020 6:16:25 PM |
| **To:** | REDACTED /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7956ac0b0fb4471e8aec80b977e26e98-REDACTED |
| **Subject:** | Re: [EXTERNAL]Electric Avenue |

REDACTED



**Mike Hahn**
Donald J. Trump For President, Inc.
202.897.5925

**From:** REDACTED
**Sent:** Tuesday, September 1, 2020 2:00 PM
**To:** Mike Hahn <mhahn@donaldtrump.com>
**Subject:** Re: [EXTERNAL]Electric Avenue

Thanks, Mike.

When you say DJT facebook/DJT snapchat... REDACTED
REDACTED
Donald J. Trump for President, Inc.

REDACTED

**From:** Mike Hahn <mhahn@donaldtrump.com>
**Sent:** Tuesday, September 1, 2020 1:56 PM
**To:** REDACTED
**Subject:** Re: [EXTERNAL]Electric Avenue

**DJT Facebook**

Posted: 08/12/2020
Removed by us: 09/01/2020
Muted by Facebook: 08/13/2020

**DJT Snapchat**

Posted: 08/12/2020
Removed: 08/13/2020 (Snapchat only allows posts to say up for 24 hours)



**Mike Hahn**
Donald J. Trump For President, Inc.
202.897.5925

REDACTED

**Sent:** Tuesday, September 1, 2020 1:24 PM
**To:** Mike Hahn <mhahn@donaldtrump.com>
**Subject:** Fwd: [EXTERNAL]Electric Avenue

Get Outlook for iOS

**From:** Gary Coby <coby@directpersuasion.com>
**Sent:** Tuesday, September 1, 2020 12:38:50 PM
REDACTED
**Subject:** [EXTERNAL]Electric Avenue

https://twitter.com/realDonaldTrump/status/1293722878882598914

CONFIDENTIAL

DEF_000048