# EXHIBIT 1

Case 1:20-cv-07103-JGK   Document 114-2   Filed 10/06/23   Page 2 of 7

5/20/2022        Edmund Grant, et al. v. Donald J. Trump, et al.    Edmund "Eddy" Grant

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

_____

EDMOND GRANT P/K/A "EDDY GRANT,"        )
GREENHEART MUSIC LIMITED, A UNITED      )
KINGDOM LIMITED COMPANY, AND            )
GREENHEART MUSIC LIMITED, AN ANTIGUA    )
AND BARBUDA LIMITED COMPANY,            )
                                        )
                       PLAINTIFFS,      ) CIVIL ACTION NO.
                                        ) 1:20-CV-07103-JGK
         - AGAINST -                    )
                                        )
DONALD J. TRUMP AND DONALD J. TRUMP     )
FOR PRESIDENT, INC.,                    )
                                        )
                       DEFENDANTS.      )
_____)


VIDEOTAPED DEPOSITION OF EDMOND "EDDY" GRANT

TAKEN REMOTELY VIA ZOOM VIDEOCONFERENCE

FRIDAY, MAY 20, 2022



REPORTED BY AUDRA E. CRAMER, CSR NO. 9901

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 1:20-cv-07103-JGK   Document 114-2   Filed 10/06/23   Page 3 of 7

5/20/2022         Edmund Grant, et al. v. Donald J. Trump, et al.    Edmund "Eddy" Grant

Page 2

1    VIDEOTAPED DEPOSITION OF EDMOND "EDDY" GRANT,

2   TAKEN REMOTELY VIA ZOOM ON BEHALF OF THE DEFENDANTS

3   AT 10:01 A.M. EDT, FRIDAY, MAY 20, 2022, BEFORE

4   AUDRA E. CRAMER, CSR NO. 9901, PURSUANT TO NOTICE.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Case 1:20-cv-07103-JGK   Document 114-2   Filed 10/06/23   Page 4 of 7

5/20/2022     Edmund Grant, et al. v. Donald J. Trump, et al.    Edmund "Eddy" Grant

Page 41

```
 1  Avenue"?
 2      A.  Not me, no.
 3      Q.  So can you please explain what the song
 4  is about.
 5      A.  Do I have to?
 6          MR. CAPLAN:  Objection on relevance.
 7          But answer the question, please,
 8  generally.
 9          THE WITNESS:  Generally, the song is a
10  protest song, in common vernacular, I suppose,
11  and that's about that.  It was as far as that.
12  Songwriters don't, as a rule, sit there and
13  explain what did this thing mean, or people
14  would be having a lot of problems.  Everyone
15  interprets a song in their own way.
16  BY MR. SAUNDERS:
17      Q.  Well, certainly -- first I must say
18  that I am a huge fan of music, and I follow
19  many, many, many artists.  So I certainly
20  understand your answer.
21          But I was wondering if you could
22  explain in a little bit more detail what
```

Page 42

```
 1  inspired the song "Electric Avenue"?
 2      A.  Inspiration of the song "Electric
 3  Avenue" would have had to have been the
 4  sociological issues that were pertaining to
 5  people within a certain area of London and
 6  throughout other parts similar in England.
 7          And the title of the song, which
 8  actually existed before -- because it's a street
 9  in one of those areas, being Brixton -- and in
10  the way that songwriters do, you find meaning in
11  words and images that those words create.
12          We can stay here all day, and I can go
13  round and round with this, but the bottom line
14  of it is that -- sorry.  The bottom line of the
15  song is that it is a protest against social
16  conditions, and then I can pick out the words
17  to -- I mean, obviously you've got those words
18  there, I suppose.
19          "Now in the street there is violence,
20  and there's lots of work to be done," well, you
21  know, I could go a long -- you know, I mean, do
22  we have to?
```

Page 43

```
 1          MR. CAPLAN:  I think you've given a
 2  good answer.
 3  BY MR. SAUNDERS:
 4      Q.  No, we don't have to.  I understand.
 5  Thank you.  I'm very familiar with Brixton, the
 6  home of David Bowie and many others.
 7          But is "Electric Avenue" a specific
 8  reference to a place in Brixton?
 9      A.  It's not specific inasmuch as that
10  there are many Electric Avenues in the world.  I
11  mean, there is one in Antigua.  There are many
12  in the United States.  I think everywhere that
13  there's been an electric company.  There is one
14  now in -- where Elon Musk has got his factory in
15  Las Vegas or one of those places.
16          You know, it stands for something, and
17  I've created something that stands for something
18  else.  So you have a street or many streets, and
19  it's become like or meeting in Heaven or meeting
20  in Hell.  You've never been to Heaven, and
21  you've never been to Hell, but it connotes
22  something in your memory or in the collective
```

Page 44

```
 1  memory of human beings to say, "You're going to
 2  Hell."  Where the hell is Hell, you know?  Or
 3  "We are going to Heaven."  Well, where is
 4  Heaven?  Well, you're going to Electric Avenue.
 5      Q.  Okay.  And I appreciate that answer.
 6          But back in 1982 when you wrote the
 7  lyrics for the song, were you referring
 8  specifically to "Electric Avenue" in Brixton?
 9          MR. CAPLAN:  It's a yes or a no.
10          THE WITNESS:  I never said that "I'm
11  going to Electric Avenue in Brixton."  I said,
12  "We're going to Electric Avenue."
13  BY MR. SAUNDERS:
14      Q.  Okay.  So is your answer no, that you
15  weren't specifically referring to Electric
16  Avenue in Brixton?
17      A.  That sounds like a trick question.
18      Q.  No.  I'm not -- listen, I'm not trying
19  to trick you.  I'm just trying to get the facts.
20      A.  Listen, I am black.  I come out of
21  England.  I have many friends and relatives in
22  Brixton, and Brixton is generally regarded as a
```

11 (Pages 41 to 44)

Case 1:20-cv-07103-JGK   Document 114-2   Filed 10/06/23   Page 5 of 7

5/20/2022    Edmund Grant, et al. v. Donald J. Trump, et al.    Edmund "Eddy" Grant

Page 57

1  that, but it has to be with the other side,
2  obviously," which is the recording -- the
3  original recording by Eddy Grant.
4      Q.  Okay.  And then in a typical licensing
5  transaction, what would be the next step after
6  that?
7          MR. CAPLAN:  And objection to
8  "typical."
9          But you can answer.
10         THE WITNESS:  The pulling and throwing
11 between the various parties until they reach a
12 number or a time or a number and a time with
13 regard to the license that they're seeking.
14 BY MR. SAUNDERS:
15     Q.  Okay.  Thank you.
16         So with respect to the license fee --
17 I'm now talking just generally -- who determines
18 the requested fee?
19     A.  I do.
20     Q.  Okay.  And then do you convey that fee
21 to Sony/EMI?
22     A.  Sony may suggest that the market -- the

Page 58

1  market is around, let us say, x dollars and/or
2  pounds or whatever currency, and I would make
3  the final determination.
4          We have a -- if not -- well, a tacit
5  agreement between us that they will not ever
6  license anything without my express consent --
7  written consent.
8      Q.  Okay.  Okay.  Fine.
9          So backing up a little bit, Mr. Grant,
10 so the initial license fee that is suggested to
11 Sony/EMI is decided upon by you personally;
12 correct?
13     A.  The initial amount may not be, but
14 certainly the final amount is decided by me.
15     Q.  Right.  Okay.
16         And so what criteria do you base the
17 initial amount on?
18         In other words, how do you decide for a
19 particular license how to set the fee?
20         MR. CAPLAN:  For the initial amount or
21 the final amount agreed to?
22         I'm confused by the question.

Page 59

1          MR. SAUNDERS:  So now we're talking
2  about the beginning of the process, the initial
3  amount.
4          THE WITNESS:  It's one of the most
5  difficult questions that you can ask a person.
6  It's like the price of fish in the marketplace.
7  When there's fish, no question:  Everything is
8  normal.  When there is no fish, then, obviously,
9  the value of the fish goes up.
10         So, I mean, I don't know how to answer
11 that.  It's a feeling.  One, I understand the
12 music business.  I understand publishing.  I
13 understand my value, which is not necessarily
14 your value or somebody else's value.  And having
15 been given an indication of somebody else's
16 value, I then establish my own value, which may
17 be substantially more or not necessarily
18 substantially more but maybe a little more.
19 BY MR. SAUNDERS:
20     Q.  Okay.  I understand.  Thank you.
21         So in making a determination of an
22 initial fee request for a license, is it

Page 60

1  basically just your subjective analysis of what
2  the value is, or do you take anything else into
3  account?
4          MR. CAPLAN:  Are we talking now about
5  the master recording use license or the
6  compositional use license or both?
7          MR. SAUNDERS:  Both.
8          MR. CAPLAN:  Objection to form.
9          You can answer.
10         THE WITNESS:  Both.  Generally they go
11 together.
12         If somebody comes from Procter &
13 Gamble, for example, as this is what it is here,
14 and suggests -- or their agency suggests to Sony
15 or whoever the publishing administrator is, then
16 they make up their mind what they think.
17         It's a number of subjective analyses
18 here.  You know, the Procter & Gamble person
19 will have an idea what their -- what their --
20 what the hell is the word I'm looking for? --
21 what amount they're allowed to spend, and they
22 would then put that forward to Sony, for

Case 1:20-cv-07103-JGK   Document 114-2   Filed 10/06/23   Page 6 of 7

5/20/2022          Edmund Grant, et al. v. Donald J. Trump, et al.     Edmund "Eddy" Grant

Page 137

1  to at any time, I did. And now you're asking me
2  exactly that same question again.
3     Q. I certainly am not trying to repeat
4  questions or waste time.
5        So my earlier question was certainly
6  directed to the meaning of the song and the
7  lyrics, and you're correct, I did ask you about
8  that.
9        But now what I'm asking you is a
10 slightly different question. I'm just asking
11 whether you have an understanding of what
12 Mr. Collins stated in his letter --
13    A. Absolutely.
14    Q. -- what I just read in the parens. So
15 it's a slightly different question.
16    A. Yeah, but it has the same inference.
17       MR. CAPLAN: He's asking you what was
18 meant by that parenthetical in the letter.
19       THE WITNESS: "Especially where the use
20 indicates a fundamental misunderstanding of the
21 very meaning of the underlying work."
22       Yes?

Page 138

1        MR. CAPLAN: What is your -- what do
2  you know to be the misunderstanding that
3  Mr. Collins was referring to?
4        Do you know one way or the other?
5        THE WITNESS: I did not write the song
6  to gain Donald Trump or any other person
7  political capital.
8        MR. CAPLAN: You've got your answer.
9  BY MR. SAUNDERS:
10    Q. Well, I certainly don't want to belabor
11 the point, but I just want to know whether you
12 have any understanding of Mr. Collins' comment
13 that the use indicates a fundamental
14 misunderstanding of the meaning of the song?
15       MR. CAPLAN: Yes or no, do you have an
16 understanding of what Mr. Collins meant by that
17 precise thing?
18       THE WITNESS: I cannot understand what
19 Mr. Collins -- because I am a third party. I am
20 reading what Mr. Collins has wrote, and in my
21 mind, I understand what is being written there.
22       MR. CAPLAN: Okay. So then, simply --

Page 139

1        THE WITNESS: I don't have --
2        MR. CAPLAN: -- what did you understand
3  that to mean to you?
4        THE WITNESS: I said it already: Here
5  it was my song was being used in some
6  clandestine manner that I did not intend to be
7  its use.
8        Sorry, guys, but I mean, you know...
9  BY MR. SAUNDERS:
10    Q. Did you ever inquire into who created
11 the video, or did you ever learn who created the
12 video?
13    A. I was not interested.
14       MR. CAPLAN: Just answer the question,
15 please: Yes or no, did you ever inquire?
16       THE WITNESS: No.
17 BY MR. SAUNDERS:
18    Q. Okay. Do you have any knowledge of how
19 long the video was posted on social media?
20    A. No.
21       MR. CAPLAN: Objection to form.
22       "Social media," can you just describe

Page 140

1  what falls under that umbrella so that we're all
2  on the same page.
3        MR. SAUNDERS: Sure. So it's alleged
4  that the video was posted on Twitter. So I was
5  just asking whether the witness has any
6  knowledge of how long the video appeared on
7  Twitter.
8        MR. CAPLAN: Yes or no, do you know how
9  long?
10       THE WITNESS: No.
11 BY MR. SAUNDERS:
12    Q. Okay. And do you know whether any
13 instruction was given, either by Mr. Collins or
14 otherwise, to Twitter to take down the video?
15    A. I think Mr. Collins' letter of the 13th
16 would have been instructive in that regard.
17       MR. CAPLAN: He's asking you if you
18 know whether or not Mr. Collins reached out to
19 Twitter, yes or no, if you know.
20       THE WITNESS: Yes, he did, to my
21 knowledge and recollection.
22

Case 1:20-cv-07103-JGK   Document 114-2   Filed 10/06/23   Page 7 of 7

5/20/2022        Edmund Grant, et al. v. Donald J. Trump, et al.    Edmund "Eddy" Grant

Page 141

1  BY MR. SAUNDERS:
2     Q.  Okay.  Are you familiar with the
3  Digital Millennium Copyright Act, DMCA?
4     MR. CAPLAN:  Yes or no, are you
5  familiar with the DMCA?
6     THE WITNESS:  No.
7  BY MR. SAUNDERS:
8     Q.  Okay.  Now, Mr. Grant, do you claim
9  that you were damaged in any way by the posting
10 of the video?
11    A.  You're asking again very subjective
12 question.  Damaged how?  Damaged why?  Damaged
13 where?  Those are the questions that -- they're
14 hanging out there.
15    I mean -- and "damaged" is a funny
16 word.  Physically?  There's no marks on my skin.
17 Emotionally there would have been.
18    Q.  Okay.  Has the video in any way
19 impaired your ability to license the song
20 "Electric Avenue"?
21    A.  I don't know.
22    Q.  Okay.  And have you, in fact, been able

Page 142

1  to license "Electric Avenue" after the video was
2  created and posted?
3     A.  Can you repeat that.  I didn't grab
4  what you were saying.
5     Q.  Sure.
6     So the video was posted in August of
7  2020, and so what I'm asking is have you been
8  able to a license "Electric Avenue" to third
9  parties since August 13 -- I have the date of
10 August 13, but let's just say since August 2020?
11    A.  Yes would have to be the answer.
12    Q.  Okay.
13    All right.  Let's take another
14 five-minute break.  I'm either finished, or I
15 just have a couple more questions.  Okay?
16    MR. CAPLAN:  Thank you.
17    THE VIDEOGRAPHER:  Stand by, please.
18    The time is 1:31 p.m.  Going off the
19 record.
20        (Recess taken.)
21    THE VIDEOGRAPHER:  All right, guys.  We
22 are back on the record.  The time is 1:34 p.m.

Page 143

1     MR. SAUNDERS:  Okay.  Well, actually, I
2  have no further questions, Mr. Grant, and I want
3  to thank you for your time today.
4     THE WITNESS:  I want to thank you.
5     MR. CAPLAN:  Thank you.
6     MR. SAUNDERS:  All right.  Off the
7  record.
8     THE VIDEOGRAPHER:  Let me get off the
9  record.
10    All right.  The time is 1:35 p.m.  This
11 completes today's deposition.  Off the record.
12        (Whereupon, at 1:35 p.m. the
13        deposition of EDMOND "EDDY" GRANT
14        was adjourned.)

Page 144

1  STATE OF CALIFORNIA    )
2  COUNTY OF LOS ANGELES  ) SS.
3
4     I, AUDRA E. CRAMER, CSR No. 9901, in and for the
   State of California, do hereby certify:
5     That, prior to being examined, the witness named
   in the foregoing deposition was by me duly sworn to
6  testify the truth, the whole truth and nothing but the
   truth;
7     That said deposition was taken down by me in
   shorthand at the time and place therein named, and
8  thereafter reduced to typewriting under my direction,
   and the same is a true, correct and complete transcript
9  of said proceedings;
   I further certify that I am not interested in the
10 event of the action.
11    Witness my hand this 6th day of June, 2022.
12
13
14
15
16
17
18    _____
19    Certified Shorthand
20    Reporter for the
21    State of California
22