# Exhibit 24

Adeptus Partners, LLC
Accountants | Advisors
244 West 54th Street, 9th Floor
New York, NY 10019
Phone: 212.758.8050
Fax: 212.826.5037
www.AdeptusCPAs.com





Edmond Grant P/K/A "Eddy Grant", Greenheart Music, Limited (UK), and Greenheart Music, Limited (Antigua and Barbuda)

-against-

Donald J. Trump and Donald J. Trump For President, Inc.

United States District Court
Southern District of New York
Case No. 20-cv-7103

Damages Report by Lewis Stark, CPA, CFE
February 13, 2023

Offices in New York City • Long Island • Maryland • New Jersey



- The video was also retweeted 139,000 times[15].

- The average Twitter user has 707 followers[16].

- If 139,000 users retweeted the Subject Video to 707 unique Twitter users, approximately 98.273 million additional Twitter account holders were also potential viewers. The combination of direct recipients and retweet recipients totals 178,733 million potential viewers.

26. The Subject Video was broadcast on other social media platforms, by news media on television and on their websites, was available globally and can still be accessed today.[17] The Subject Video, which was sent to millions of Trump's Twitter followers in August 2020 and then retweeted, and which remains available on social media websites today, including YouTube, likely

---

[15] Complaint at ¶ 44
[16] Kickfactory, 2016
[17] https://www.youtube.com/watch?v=k66BvllNjmk

cannibalized listeners causing a reduction in the volume of Subject Master and Subject Composition royalty bearing streams and downloads and the royalties reported thereon. Furthermore, the alleged infringement could have a negative effect on the current and future value of these two intellectual properties.

27. I did not include the effect of the datapoints noted in the paragraph above in my damage calculation as I could not arrive at a reasonable approach to monetize such. Had these factors been considered, my calculation of the synchronization and master us license fees most likely would have been higher.

28. Many Super Bowl television viewers are not watching the big game at any particular time and miss seeing certain commercials, such as the BMW commercials. Advertisers understand this dynamic when negotiating synchronization license fees knowing they are paying for less than 100% of the potential viewers.

29. Similarly, not all of Trump's Twitter followers viewed the Subject Video after receiving his tweet. Per Eddy Grant's Complaint, the Subject Video was viewed at least 13.7 million times. Based on the chart below, not only did Trump's Twitter followers view the Subject Video millions of times, but they also received numerous news feeds about the Subject Video and use of the Subject Composition and Subject Master that were contained in it.