UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDMOND GRANT, ET AL.,

                    Plaintiffs,                    20-cv-7103 (JGK)

        - against -                                ORDER

DONALD J. TRUMP, ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment as to liability. ECF No. 104.

SO ORDERED.

Dated:   New York, New York
         October 23, 2023

                                    John G. Koeltl
                            United States District Judge