UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDMOND GRANT, ET AL.,

          Plaintiffs,

   - against -

DONALD J. TRUMP, ET AL.,

          Defendants.

20-cv-7103 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for summary judgment. ECF No. 99.

**SO ORDERED.**

Dated:   New York, New York
          October 23, 2023

                                John G. Koeltl
                              **United States District Judge**