UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMOND GRANT p/k/a "EDDY GRANT", GREENHEART MUSIC LIMITED, a United Kingdom Limited Company, and GREENHEART MUSIC LIMITED, an Antigua and Barbuda Limited Company,

                Plaintiffs,

v.

DONALD J. TRUMP and DONALD J. TRUMP FOR PRESIDENT, INC.,

                Defendants.

Civil Case No. 1:20-cv-07103-JGK

**NOTICE OF MOTION
TO WITHDRAW AS COUNSEL**

    **PLEASE TAKE NOTICE** that upon the annexed Declaration of Jason H. Kasner, dated December 29, 2023, the law firm of Peroff Saunders PC will move this Court, on a date and at a time to be fixed by the Court, for an order, pursuant to Local Civil Rule 1.4, relieving the firm as counsel for Defendants in this action.

    **PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Civil Rule 6.1(b), papers in opposition, if any, shall be served within fourteen (14) days after service of this notice, and reply papers, if any, shall be served within seven (7) days after service of any papers in opposition.

Dated:  New York, New York
         December 29, 2023

                                          PEROFF SAUNDERS PC

                              By:   /s/ Jason H. Kasner
                                          Jason H. Kasner
                                          745 5th Avenue Suite 500
                                          New York, NY 10151

                                          *Attorneys for Defendants*

TO:   Defendants Donald J. Trump and Donald J. Trump for President, Inc.
      All Counsel of Record