UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

EDMOND GRANT
P/K/A "Eddy Grant," et al.

                        Plaintiffs,

-v-

DONALD J. TRUMP, et al.

                        Defendant.

------------------------------------------------------------- X

1:20-CV-7103 (JGK)

AFFIDAVIT OF JESSE R. BINNALL IN FAVOR OF MOTION FOR ADMISSION PRO HAC VICE

I, JESSE R. BINNALL, being duly sworn, depose and say:

1.     I am the managing partner of Binnall Law Group, PLLC, located at 717 King Street, Suite 200, Alexandria, Virginia 22314.

2.     I am counsel for Donald J. Trump and Donald J. Trump for President, Inc., Defendants in this case, and am fully aware of the facts and proceedings of this case.

3.     This affidavit is submitted in support of the Motion for Admission *Pro Hac Vice* of Jesse R. Binnall to act as counsel for Defendants for the purposes of appearing and participating in this case.

4.     I am an attorney in good standing with the State Bar of Virginia and Idaho. I hereby request this Court's admission to participate in the proceedings of the above caption action.

5.     I, Jesse R. Binnall, am fully aware of the standard of professional conduct imposed upon members of the New York Bar.

6.      I have never (a) been convicted of a felony, (b) been censured, suspended,

disbarred, or denied admission or readmission by any Court, (c) been the subject of

current disciplinary proceedings.

7.      WHERFORE, for the foregoing reasons, Jesse R. Binnall respectfully

requests this Court grant entry of an Order of Admission Pro Hac Vice to participate

in the above-captioned action. I state under penalty of perjury under the laws of the

State of New York that the above is true and accurate.

Executed this 21 day of December, 2023 at Alexandria, Virginia.

Dated:  Alexandria, Virginia
        December 21, 2023

Respectfully submitted,

/s/

Jesse R. Binnall
THE BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
jesse@binnall.com

*Attorney for President Donald J.*
*Trump and Donald J. Trump for*
*President, Inc.*

## ACKNOWLEDGMENT

Commonwealth of Virginia
City of Alexandria

The foregoing instrument was acknowledged before me this 21 day of December
2023, by Jesse R. Binnall Counsel for Defendants President Donald J. Trump and
Donald J. Trump for President, Inc.

[seal]



Britta Venneman, Notary Public
717 King Street, Suite 200

2

Alexandria, Virginia 22314
Registration No. 7567947
My commission expires: May 31 2026