UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
EDMOND GRANT                                                   :
P/K/A "Eddy Grant," et al.                                     :
                                                     : 1:20-CV-7103 (JGK)
                          Plaintiffs,                     :
                                                     :
-v-                                                            : ORDER FOR ADMISSION
                                                       : PRO HAC VICE
DONALD J. TRUMP, et al.                                        :
                                                       :
                        Defendant.                      :
-------------------------------------------------------------- X

     The motion of Jesse R. Binnall, for admission to practice *pro hac vice* in the above-captioned action is granted.

     Applicant has declared that he is a member in good standing of the bars of the states of Virginia and Idaho; and that his contact information is as follows:

     Jesse R. Binnall
     Binnall Law Group, PLLC
     717 King Street, Suite 200
     Alexandria, Virginia 22314
     Phone: (703) 888-1943 / Fax: (703 888-1930
     jesse@binnall.com

     Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Donald J. Trump and Donald J. Trump for President, Inc., in the above entitled action;

     **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____         _____
                                     United States District / Magistrate Judge