UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMOND GRANT p/k/a "EDDY GRANT",
GREENHEART MUSIC LIMITED, a United
Kingdom Limited Company, and
GREENHEART MUSIC LIMITED, an
Antigua and Barbuda Limited Company,

          Plaintiffs,

   v.

DONALD J. TRUMP and DONALD J.
TRUMP FOR PRESIDENT, INC.,

          Defendants.

Civil Case No. 1:20-cv-07103-JGK

**NOTICE OF MOTION
TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Jason H. Kasner, dated

December 29, 2023, the law firm of Peroff Saunders PC will move this Court, on a date and at a

time to be fixed by the Court, for an order, pursuant to Local Civil Rule 1.4, relieving the firm as

counsel for Defendants in this action.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Civil Rule 6.1(b),

papers in opposition, if any, shall be served within fourteen (14) days after service of this notice,

and reply papers, if any, shall be served within seven (7) days after service of any papers in

opposition.

Dated: New York, New York
      December 29, 2023

PEROFF SAUNDERS PC

By:   /s/ Jason H. Kasner
      Jason H. Kasner
      745 5th Avenue Suite 500
      New York, NY 10151

      *Attorneys for Defendants*

*The application is granted
without opposition. Jesse
R. Binnall has already
appeared as counsel for
the defendants. So ordered.
1/23/24   John G. Koeltl
U.S.D.J.*