UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMOND GRANT, ET AL.,

                    Plaintiffs,          20-cv-7103 (JGK)

        - against -                      ORDER

DONALD J. TRUMP, ET AL.,

                    Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument with respect to the motions for summary judgment on **Monday, August 5, 2024, at 4:00 p.m**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
          July 26, 2024

                                    _____
                                         John G. Koeltl
                                    United States District Judge