

Brett Van Benthysen
Direct Dial: (212) 209-3045
Email Address: bvanbenthysen@reitlerlaw.com

July 30, 2024

**Via ECF**
The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
United States Courthouse, Courtroom 14A
New York, NY 10007

      Re: *Grant et al. v. Trump et al.*, Case No. 1:20-cv-07103-JGK

Dear Judge Koeltl:

  This firm represents plaintiffs Edmond Grant p/k/a "Eddy Grant", Greenheart Music Limited, a United Kingdom Limited Company, and Greenheart Music Limited, an Antigua and Barbuda Limited Company ("Plaintiffs") in the above-referenced infringement action against defendants Donald J. Trump ("Trump") and Donald J. Trump For President, Inc. (the "Company," and together with Trump, "Defendants"). We write pursuant to Your Honor's Individual Practices Rule I.E., and with consent from Defendants, to request an adjournment of the oral argument date for the parties' summary judgment motions, which the Court recently scheduled for August 5, 2024.

  Plaintiffs' counsel has a scheduling conflict and will be unavailable the week of August 5. The parties have recently conferred, and counsel for both parties are available and respectfully request that the oral argument be adjourned to August 14, 15, 16, 26, or 27, or thereafter based on the Court's availability. This is the first request for an extension of the summary judgment oral argument date.

  We thank the Court for its attention to this matter.

                Respectfully submitted,

                *s/ Brett Van Benthysen*
                Brett Van Benthysen

cc:  Counsel of Record

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022
Main: 212-209-3050

**Princeton**
4 Independence Way, Suite 120
Princeton, NJ 08540
Main: 609-514-1500

**Los Angeles**
227 Broadway, Suite 302
Santa Monica, CA 90401
Main: 310-337-2305

www.reitlerlaw.com