UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDMOND GRANT, ET AL.,

                Plaintiffs,

      - against -

DONALD J. TRUMP, ET AL.,

                Defendants.

20-cv-7103 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The oral argument scheduled for **Monday, August 5, 2024, at 4:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007 is adjourned to **Friday, September 6, 2024, at 11:00 a.m.**

SO ORDERED.

Dated:     New York, New York
            July 30, 2024

                                   _____
                                     John G. Koeltl
                          United States District Judge