UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDMOND GRANT, ET AL.,

                Plaintiffs,

    - against -

DONALD J. TRUMP, ET AL.,

                Defendants.

20-cv-7103 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to advise the Court by **August 16, 2024**, (a) whether, by the terms of the May 3, 2001 Agreement (the "Agreement") or otherwise, London Records owned <u>all</u> of the rights in the sound recording of "Electric Avenue" such that London Records could have registered the copyright for the sound recording of "Electric Avenue," and (b) whether the subsequent copyright registration of the collective work also included the copyright registration for the sound recording of "Electric Avenue." <u>See</u> <u>Morris v. Bus. Concepts, Inc.</u>, 283 F.3d 502, 506 (2d Cir. 2002); <u>see also</u> 17 U.S.C. § 408(a) ("[T]he owner of copyright or of any <u>exclusive</u> right in the work may obtain registration of the copyright claim.") (emphasis added). The plaintiffs should point to the specific terms of the Agreement, any other agreements, and the relevant case law to answer this question.

    The defendants are directed to respond by **August 23, 2024**.

SO ORDERED.

Dated:    New York, New York
           August 9, 2024

                                         /s/ John G. Koeltl
                                         John G. Koeltl
                                 United States District Judge