# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **EDMOND GRANT**, et al., | ) ) ) ) Case No. 1:20-cv-07103-JGK |
| Plaintiffs, | ) The Honorable John G. Koeltl |
| - against - | ) ) ) |
| **DONALD J. TRUMP,** et. al., | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to the Court's March 31, 2023, Order for Admission Pro Hac Vice (ECF No. 90) notice is hereby given that Stanley E. Woodward, Jr. of the law firm Brand Woodward Law, LP enters his appearance as counsel for non-party Daniel J. Scavino, Jr.

Dated: September 3, 2024                Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Stanley E. Woodward, Jr.*
　　　　　　　　　　　　　　　　　　　　Stanley E. Woodward, Jr. (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　BRAND WOODWARD LAW, LP
　　　　　　　　　　　　　　　　　　　　400 Fifth Street, Northwest, Suite 350
　　　　　　　　　　　　　　　　　　　　Washington, DC  20001
　　　　　　　　　　　　　　　　　　　　202-996-7447 (telephone)
　　　　　　　　　　　　　　　　　　　　202-996-0113 (facsimile)
　　　　　　　　　　　　　　　　　　　　Stanley@BrandWoodwardLaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Non-Party Daniel J. Scavino, Jr.*

## **CERTIFICATE OF SERVICE**

On September 3, 2024, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification to all parties of record.

                                           *s/ Stanley E. Woodward, Jr.*
                                           Stanley E. Woodward, Jr.