

Brett Van Benthysen
Direct Dial: (212) 209-3045
Email Address:  bvanbenthysen@reitlerlaw.com

September 5, 2024

**Via Federal Express**
The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
United States Courthouse, Courtroom 14A
New York, NY 10007

      Re:    Grant et al. v. Trump et al., Case No. 1:20-cv-07103-JGK

Dear Judge Koeltl:

      We write on behalf of Plaintiffs in the above-referenced action.  Plaintiffs' Supplemental Memorandum of Law filed on August 16, 2024 (ECF Doc. No.137), in support of Plaintiffs' Motion for Summary Judgment indicated that Plaintiffs had recently applied for a separate copyright registration for the sound recording of "Electric Avenue."  Earlier today the United States Copyright Office approved the application and issued Registration Number SR0001008611, effective August 27, 2024.  A copy of the SR Registration is attached hereto.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      Brett Van Benthysen

Encl.
cc:    Counsel of Record (via ECF)

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022
Main:  212-209-3050

**Princeton**
4 Independence Way, Suite 120
Princeton, NJ 08540
Main:  609-514-1500

**Los Angeles**
227 Broadway, Suite 302
Santa Monica, CA 90401
Main:  310-337-2305

www.reitlerlaw.com

**Registration #:** SR0001008611
**Service Request #:** 1-14154331891

## Mail Certificate

Reitler Kailas & Rosenblatt LLP
Robert W. Clarida
885 Third Ave.
20th Floor
New York, NY 10022

**Priority:** Special Handling  **Application Date:** August 15, 2024

## Correspondent

Registration Number
**SR 1-008-611**
Effective Date of Registration:
August 27, 2024
Registration Decision Date:
September 05, 2024

## Title

    **Title of Work:** Electric Avenue

## Completion/Publication

    **Year of Completion:** 1982
    **Date of 1st Publication:** October 31, 1982
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Edmond Grant
    **Author Created:** sound recording
    **Work made for hire:** No
    **Citizen of:** United Kingdom

## Copyright Claimant

    **Copyright Claimant:** Greenheart Music Limited
    1341 High Road, Whetstone, London, N20 9HR, United Kingdom
    **Transfer statement:** By written agreement

## Limitation of copyright claim

    **Material excluded from this claim:** music and lyrics
    **Previous registration and year:** PA0000164029, 1983

    **New material included in claim:** sound recording

## Certification

    **Name:** Robert Clarida
    **Date:** August 15, 2024
    **Applicant's Tracking Number:** 8082-01

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: Applicant states approximately October 31, 1982.