UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDMOND GRANT, ET AL.,                    20-cv-7103 (JGK)

              Plaintiffs,          ORDER

    - against -

DONALD J. TRUMP, ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties should file a joint pre-trial order by **October 23, 2024**.

SO ORDERED.

Dated:    New York, New York
           September 25, 2024

                                  John G. Koeltl
                            United States District Judge