```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/27/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDMOND GRANT, *et al.*,

                Plaintiffs,

       -v-

DONALD J. TRUMP, *et al.*,

                Defendants.

**ORDER**

20-CV-7103 (JGK) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

       By an Amended Order of Reference dated September 25, 2024, this case was referred to me for settlement. I am advised that the parties must submit a Joint Pre-Trial Order by October 23, 2024. If the parties believe that a settlement conference would productive at this time, they should contact Chambers at [RicardoNYSDChambers@nysd.uscourts.gov](mailto:RicardoNYSDChambers@nysd.uscourts.gov), copying all counsel, to schedule a settlement conference. Before contacting Chambers to schedule a conference, the parties are directed to review and comply with the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at [https://nysd.uscourts.gov/hon-henry-j-ricardo](https://nysd.uscourts.gov/hon-henry-j-ricardo).

**SO ORDERED.**

Dated: September 27, 2024
        New York, New York

                                                  _____
                                                  Hon. Henry J. Ricardo
                                                  United States Magistrate Judge