

Brett Van Benthysen
Direct Dial: (212) 209-3045
Email Address:  bvanbenthysen@reitlerlaw.com

October 7, 2024

**Via ECF**
The Honorable Henry J. Ricardo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    Grant et al. v. Trump et al., Case No. 1:20-cv-07103-JGK

Dear Judge Ricardo:

      We write on behalf of Plaintiffs Edmond Grant ("Grant"), Greenheart Music Limited, a United Kingdom Limited Company ("Greenheart UK") and Greenheart Music Limited, an Antigua and Barbuda Limited Company ("Greenheart Antigua," and together with Greenheart UK and Grant, "Plaintiffs"), in the above-referenced action.  Pursuant to Rule 5 of Your Honor's Settlement Procedures, Plaintiffs respectfully request that Grant, on his own behalf, and on behalf of Greenheart UK and Greenheart Antigua, be excused from attending the upcoming settlement agreement in person.  Grant resides in Barbados and thus it would be a hardship for him to attend.  Grant requests permission to attend the conference via Zoom.  We understand that a similar application is being made on behalf of Defendants.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      *s/ Brett Van Benthysen*
      Brett Van Benthysen

cc:    Counsel of Record

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022
Main:  212-209-3050

**Princeton**
4 Independence Way, Suite 120
Princeton, NJ 08540
Main:  609-514-1500

**Los Angeles**
227 Broadway, Suite 302
Santa Monica, CA 90401
Main:  310-337-2305

www.reitlerlaw.com