

Brett Van Benthysen
Direct Dial: (212) 209-3045
Email Address: bvanbenthysen@reitlerlaw.com

October 10, 2024

**Via ECF**
The Honorable John G. Koeltl
United States District Judge
500 Pearl Street
United States Courthouse, Courtroom 14A
New York, NY 10007

*Application granted. Date to submit the Joint Pre-Trial Order extended to 1/3/25. So ordered.*
*/s/ J. Koeltl USDJ*
*10/11/2024*

Re:   Grant et al. v. Trump et al., Case No. 1:20-cv-07103-JGK

Dear Judge Koeltl:

We write on behalf of Plaintiffs in the above-referenced action and with consent from Defendants. The Court's Order dated September 26, 2024 (ECF Doc. No. 145) requires the parties to file a joint pre-trial order by October 23, 2024. Pursuant to Your Honor's Individual Motion Practice and Rules for Civil Cases I.E., the parties respectfully request an extension of time to file the pre-trial order.

The parties have contacted the Honorable Magistrate Judge Ricardo about scheduling a settlement conference, and Judge Ricardo has indicated that he has availability on November 20, 2024 (the first week that counsel for both parties were available to participate). To avoid additional litigation expenses, the parties jointly request that the deadline to file pre-trial order be extended to 30 days following the settlement conference. This is the parties first request for an extension related to the pre-trial order. As this case is ready for trial, the requested extension will not affect any other deadlines.

We thank the Court for its attention to this matter.

Respectfully submitted,
*s/ Brett Van Benthysen*
Brett Van Benthysen

cc:   Counsel of Record

**New York**
885 Third Avenue, 20th Floor
New York, NY 10022
Main: 212-209-3050

**Princeton**
4 Independence Way, Suite 120
Princeton, NJ 08540
Main: 609-514-1500

**Los Angeles**
227 Broadway, Suite 302
Santa Monica, CA 90401
Main: 310-337-2305

www.reitlerlaw.com